**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**WEST PALM BEACH DIVISION**

CASE NO. _____

NATALIE SMITH, as Personal
Representative of the ESTATE OF
CHAD SMITH, on behalf of the
Estate and his Survivors,

  Plaintiff,

vs.

MARTIAN SALES, INC.,

  Defendant.
_____/

**DEFENDANT'S NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1332, 1441(b), and 1446**

**NOTICE OF REMOVAL**

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA:**

  **PLEASE TAKE NOTICE** that Defendant Martian Sales, Inc. ("Martian Sales") hereby removes this action from the Circuit Court of the Fifteenth Judicial District in and for Palm Beach County, Florida, to the United States District Court for the Southern District Court of Florida, Palm Beach Division, being the district and division in which the action is pending. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) and may be removed to this Court pursuant to 28 U.S.C. §§ 1441(b) and 1446 for the following reasons:

I.  **BACKGROUND FACTS**

1. Plaintiff filed the original complaint against Martian Sales on July 5, 2023. Plaintiff then filed an amended complaint against Martian Sales on August 30, 2023.

2. The action is styled *NATALIE SMITH, as Personal Representative of the ESTATE OF CHAD SMITH, on behalf of the Estate and his Survivors, v. Martian Sales, Inc,* Case Number 50-2023CA011704XXXMB. A copy of the Amended Complaint is attached as **Exhibit A**.

3. Martian Sales is incorporated in Wyoming and has its principal place of business in Wyoming.

4. The Amended Complaint alleges that Plaintiff is a resident of Florida. The Complaint seeks damages in excess of $75,000.00. Accordingly, jurisdiction potentially lies with this Court.[1]

II. **BASIS FOR REMOVAL**

This Court has original jurisdiction of this action pursuant to 28 U.S.C. §1332(a)(1) because complete diversity exists now, and existed at the time the Amended Complaint was filed, between the Plaintiff and Martian Sales, and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. Removal of this case on the basis of diversity of citizenship. As the Amended Complaint was filed on August 30, 2023, this notice of removal is timely under 28 U.S.C. §1446(b)(3).

A.  **Plaintiff's Citizenship**

According to the Amended Complaint, "[a]t all material times, [Plaintiff] has been a resident of the state of Florida." (Am. Compl. ¶4.) Thus, by Plaintiff's own admissions, she

---

[1] This Notice of Removal is made without prejudice to any defense available to Martian Sales. *See Rodenbeck-Clark v. Am. Van Lines, Inc.,* No. 10-CV-20295, 2010 U.S. Dist. LEXIS 84596, at *5 (S.D. Fla. July 26, 2010) (holding that seeking removal does not waive objections as to improper service of process or to jurisdiction).

currently is a resident and citizen of the State of Florida. *See Britton v. Scott*, No. 96-14041-CIV-PAINE, 1996 U.S. Dist. LEXIS 22857 (S.D. Fla. Sep. 27, 1996) (for purposes of diversity, an individual is considered to be a citizen of the state in which he or she is domiciled).

B.  **Defendant's Citizenship**

Martian Sales is a Wyoming corporation with its principal place of business in Wyoming. (Am. Compl. ¶5.) Accordingly, complete diversity exists.

C.  **The Amount in Controversy Exceeds $75,000.00**

Diversity jurisdiction exists only if the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. 28 U.S.C. §1332(a). "[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold. Evidence establishing the amount in controversy is required by §1446(c)(2)(B) only when the plaintiff contests, or the court questions the defendant's allegation." *Dart Cherokee Basin Oper. Co., LLC v. Owen*, 135 S. Ct. 547, 554 (2014).

The Amended Complaint alleges a product allegedly "sold" by Martian Sales caused the death of Chad Smith, a 37-year-old male who is survived by his daughter and fiancé. (Am. Compl. ¶¶ 27-44.) Based on the nature of the allegations – including those of wrongful death – it is more than plausible that the amount in controversy exceeds $75,000.00.

D.  **The Notice of Removal is Timely**

Plaintiff filed the Amended Complaint on August 30, 2023. Removal is therefore timely under 28 U.S.C. §1446(b)(1) and (b)(3).

E.  **Notice Has Been Given**

Martian Sales served this Notice of Removal on Plaintiff's counsel on September 28, 2023. Martian Sales also filed a Notice of Filing Notice of Removal with the Clerk of the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida. In accordance with 28

6U.S.C. § 1446(a), a copy of all executed process, pleadings asserting causes of action, and orders in the State Court Action served upon Defendant are attached as **Exhibit B**.

III. <u>CONCLUSION</u>

WHEREFORE, Martian Sales files this notice to remove the action, now pending in the Circuit Court of the Fifteenth Judicial District in and for Palm Beach County, Florida, Case No. 50-2023CA011704XXXMB, from that court to this Court, and requests that this action proceed in this Court as an action properly removed to it.

DATED: September 28, 2023,                                      Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: jason.joffe@squirepb.com

*Counsel for Defendant Martian Sales, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 28, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.  I further certify that a copy of the foregoing document was provided to counsel of record via email transmission:

John Clarke. Esq.
Florida Bar No. 118610
CLARKE LAW, P.A.
1975 E. Sunrise Blvd., Suite 626
Fort Lauderdale, FL 33304
Telephone: (954) 556-8952
Email: john@clarkelawpa.com

*Counsel for Plaintiff*

>              */s/ Jason Daniel Joffe*
>              Jason Daniel Joffe