# EXHIBIT A

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

NATALIE SMITH, as
Personal Representative of the ESTATE
OF CHAD SMITH,
on behalf of the Estate and his
Survivors,

   CASE NO:  50-
   2023CA011704XXXXMB

Plaintiff,
vs.

MARTIAN SALES, INC., a Wyoming
corporation,
Defendant

## AMENDED
## COMPLAINT FOR WRONGFUL DEATH

### I. INTRODUCTION

This is a product liability  and negligence action against the manufacturer of a product

that contains kratom, a dietary supplement with known health risks. Plaintiff,

NATALIE SMITH, as Personal Representative of THE ESTATE OF CHAD SMITH

and on behalf of his estate and his survivors, sues Defendant MARTIAN SALES, INC.,

and alleges as follows:

### II. STATEMENT OF PARTIES

1. The ESTATE OF CHAD SMITH (hereinafter "the Estate") has been

opened in a probate action by the Circuit Court of Palm Beach County (CASE

NUMBER PRC220090245).

1

2.      Chad Smith (hereinafter "Chad") was the father of Eliana Vicini ("Eliana"), who was eighteen years old at the time of his death, and is his sole surviving heir.

3.      NATALIE SMITH (hereinafter "Natalie"), Chad's mother, was duly appointed by the Palm Beach County Probate Court, as Personal Representative of the Estate. (See Letters of Administration, attached as **Exhibit A**).

4.      At all material times, Natalie has been a resident of the state of Florida. She brings this claim on behalf of the Estate and Chad's surviving daughter, Eliana.

5.      Defendant MARTIAN SALES INC. (hereinafter "MARTIAN SALES"), is a foreign corporation domiciled in the state of Wyoming. At all material times to this lawsuit, Defendant MARTIAN SALES engaged in the marketing, sale, and distribution of Kratom products to consumers nationwide, including consumers in Florida. Defendant MARTIAN SALES INC. Marketed, sold , and distributed its products under several brand names, including O.P.M.S. Gold and Remarkable Herbs.

6.      At all material times, Defendant MARTIAN SALES sold its products, including O.P.M.S. Gold Liquid Kratom Extract and Remarkable Herbs Maeng Da Kratom White Vein Mitragyna Speciosa 20 Ounce powder,  to smoke shops in South Florida for the purpose of retail sale to  consumers.

7.       At all material times, Defendant MARTIAN SALES marketed, packaged, and distributed its products,  including O.P.M.S. Gold Liquid Kratom Extract and Remarkable Herbs Maeng Da Kratom White Vein Mitragyna Speciosa

20 Ounce powder ,through its own websites, including https://opmkratom.com/, as well as websites of affiliates and third-party distributors.

8.    At all material times, Defendant MARTIAN SALES maintained strong and continuous business ties to the state of Florida.

## III.    JURISDICTION AND VENUE

9.    The Palm Beach County Court has jurisdiction over the parties as the decedent died in Palm Beach County while domiciled here.  Also, Defendant MARTIAN SALES had strong and continuous business ties to Palm Beach County, Florida at all material times to this lawsuit.

10.    This action is for damages in excess of fifty thousand dollars ($50,000.00),  therefore the Circuit Division  of this court has jurisdiction of this case.

11.    Venue is proper in Palm Beach County as Chad's death occurred in this county and Defendant MARTIAN SALES has at all material times continuously conducted business here.

## IV.    STATEMENT OF FACTS

### A.    Kratom is a deadly drug that is being marketed as a dietary supplement in the United States.

12.    Kratom is an herbal extract from the leaves of *Mitragyna speciosa*, a tropical tree native to Southeast Asia.

13.    The nature and extent of Kratom's impact upon human physiology is the topic of ongoing study.

14.     Although not formally classified as an opiate, Kratom contains dozens of psychoactive compounds or alkaloids, many of which are not understood.

15.     The two (2) most-studied alkaloids are mitragynine and 7-hydroxymitragynine. These two alkaloids bind to the same opioid brain receptors as morphine. Like opiates, these compounds induce physiological effects of euphoria, sedation, and analgesia.

16.     Kratom's serious health risks include dependence, addiction, overdose, and death.[1] Scientific literature documents serious concerns regarding the toxicity of Kratom in multiple organ systems. Consumption of Kratom can lead to many adverse health impacts, including nausea, vomiting, itching, sweating, dry mouth, constipation, increased urination, tachycardia, drowsiness, anorexia, weight loss, insomnia, hepatotoxicity, seizures, and hallucinations.

---

[1]  See FDA News Release, FDA issues warnings to companies selling illegal, unapproved kratom drug products (https://www.fda.gov/news-events/press-announcements/fda-issues-warnings-companies-selling-illegal-unapproved-kratom-drug-products-marketed-opioid) (last accessed Nov. 1, 2022); see also DOJ DEA Drug Fact Sheet – Kratom (https://www.dea.gov/sites/default/files/2020-06/Kratom-2020_0.pdf) (last accessed Nov. 1, 2022).

17.     Kratom is not approved for medical purposes and Kratom is illegal in several states and cities, including: Alabama, Arkansas, Indiana, Rhode Island, Vermont, Wisconsin; San Diego, California; Denver, Colorado; Sarasota County, Florida; Jerseyville, Illinois; and Union County, Mississippi.

18.     The United States Food and Drug Administration has concluded that use of kratom as a dietary supplement is unsafe and the marketing of kratom dietary supplements illegal. According to FDA guidance from 2019 (and currently in effect), "kratom is not appropriate for use as a dietary conventional supplement.... Dietary supplements that contain kratom are adulterated under section 402(f)(1)(B) of the FD and C Act" [2]

19.     The FDA has issued numerous warnings against the use of products containing Kratom and its psychoactive compounds and has taken action against those who illegally sell the product for pain treatment and other medical uses.[3]

20.     Nonetheless, products containing Kratom are sold online and at numerous retail outlets throughout the country, including gas stations, vape shops, and head shops.

---

[2] See FDA Statement https://www.fda.gov/news-events/public-health-focus/fda-and-kratom.

[3] See FDA Statement, Statement from FDA Commissioner Scott Gottlieb, M.D. on FDA advisory about deadly risks associated with Kratom (https://www.fda.gov/news-events/press-announcements/statement-fda-commissioner-scott-gottlieb-md-fda-advisory-about-deadly-risks-associated-kratom) (last accessed Nov. 1, 2022).

5

21.     Companies and individuals that produce and sell Kratom, including Defendant MARTIAN SALES, design and market Kratom products, including liquid shots capsules, and powders that are dissolvable in liquid, as untested medicines and dietary supplements.

22.     In fact, Defendant MARTIAN SALES copyrighted its O.P.M.S. Gold Liquid Kratom Extract, one of the products that caused CHAD's death, as a medicine/pharmaceutical preparation (See **Exhibit B**).

23.     Due to kratom's addictive properties, and the kratom industry's flouting of consumer protection laws, kratom use has expanded exponentially in the United States in the last ten years. A 2019 report from the American Association of Poison Control Centers (AAPCC) noted that there was a 52-fold increase in kratom use, based on reports of intoxication,  between the years 2011 to 2017.

24.     As kratom use has increased,  many consumers have paid the ultimate price.  Over 18 months in 2016 and 2017, 152 overdose deaths involving kratom were reported in the United States, with kratom as the primary overdose agent in 91 of the deaths.

25.     Defendant MARTIAN SALES has misrepresented and misled consumers about the risks of Kratom by failing to provide any information about the known risks of use of kratom on the labels of its products, which led to Chad's tragic death.

26.     Defendant MARTIAN SALES has also made affirmative misrepresentations that kratom effectively treats anxiety on its website blog (https://opmswholesale.com/f/how-can-kratom-help-anxiety) despite the lack of

medical research to validate the claim and that, pursuant to FDA guidance, the marketing kratom as a drug is illegal.

**B.    Chad Smith suffered a preventable and untimely death caused by Kratom.**

27.    This case is about the unnecessary death of Chad Smith from kratom intoxication.

28.    At the time of his death, Chad was 37 years old and living with his fiancé, Christa Moore ("Christa"), and her mother  at 10102 Dahlia AV., Palm Beach Gardens, Florida.

29.    Chad had a daughter named Eliana Vicini, who was eighteen years old at the time of Chad's death.  She suffered from a mental disability since childhood and depended on Chad for financial and emotional support.

30.     Chad worked full time at Singer Island Health, a local addiction treatment center.

31.    Chad had a history of anxiety and depression that began in childhood.  In spite of his struggles, Chad spoke at mental illness support groups and sought to help others overcome these issues.

32.    Chad's coworkers describe him as a role model to all patients and staff facing struggles with mental illness.

33.    In the weeks prior to his death, Chad had apparently begun purchasing and consuming Defendant MARTIAN SALES's kratom products.  Based on his bank statement (attached as **Exhibit C**), Chad purchased these products at at Pro Vape Shop, 230 S Cypress Rd A, of Pompano Beach, Florida, 33060.

34.     Defendant MARTIAN SALES's  failure to provide accurate information on the labeling of its kratom products, together with Defendant's false and misleading statements that kratom helps relieve anxiety led Chad to believe that Defendant's products were safe and effective for treating his anxiety.

35.     After returning home from dinner with Christa on the evening of August 9, 2021, Chad felt dizzy and went to his room to lie down.  When Christa emerged from the shower a few minutes later, she found Chad lying face down on his bed and unresponsive.

36.     Realizing something was wrong, she immediately called 911 for assistance.

37.     Emergency responders arrived within 15 minutes and, unable to resuscitate Chad, took him to Palm Beach Gardens Medical Center, where he was pronounced dead at 11:04 PM.

38.     Subsequently, police found a backpack in Chad's room that contained five bottles of O.P.M.S. Gold Liquid Kratom Extract and one bag of Remarkable Herbs Maeng Da Kratom White Vein Mitragyna Speciosa 20 Ounce powder.  The police took all these items into evidence (pictures attached as **Exhibit D**).

39.     Due to the nature of Chad's death, the Palm Beach County Medical Examiner, conducted an autopsy and toxicology analysis.   The toxicology analysis showed dose of mitragynine in Chad's blood of 3.349 mg/L, more 16 times the minimum lethal dose of 0.2 mg/L. This report also found trace amounts of fentanyl in his blood.  The medical examiner's opinion that fentanyl/kratom combo was the cause of Chad's death, and that both drugs act in concert, so it was impossible to

8

assign more blame to one over another. (report attached as **Exhibit E**)

40. Plaintiff brings this lawsuit within two (2) years of decedent's date of death.

## V.       DAMAGES AND CAUSES OF ACTION

41. Chad's untimely kratom-induced death  caused or will cause the following  economic losses to the Estate of CHAD SMITH: Decedent's medical and funeral expenses, and  lost net accumulations of Decedent's earnings and savings to his estate.

42. Chad's untimely kratom-induced death also caused and will cause his surviving daughter Eliana  to lose parental companionship, instruction, and guidance, financial support and services from her father, and to  endure pain and suffering.

43. The Estate and its beneficiaries have incurred and will continue to incur enormous general and special damages in an amount to be determined by a jury.

44. Plaintiff NATALIE SMITH, as Personal Representative of the Estate of CHAD SMITH, sues on behalf of both the estate and Chad's surviving daughter Eliana.

## COUNT ONE –STRICT LIABILITY FOR FAILURE TO WARN

45. Plaintiff hereby re-alleges all allegations stated above.

46. MARTIAN SALES was engaged in the business of promoting, manufacturing, distributing, and selling various Kratom products, including O.P.M.S. Gold Liquid Kratom Extract and Remarkable Herbs Maeng Da Kratom

White Vein Mitragyna Speciosa 20 Ounce powder, the products that caused Chad's untimely death.

47.    The Kratom products that Chad purchased and ingested were expected to and did reach Chad without substantial change in condition since the time they left Defendants' hand.

48.    MARTIAN SALES sold and distributed these Kratom products without placing information on the label regarding their known physiologic effects, recommended dosage, and known risks of dependence, overdose, and death associated with their consumption.

49.    An ordinary consumer would reasonably conclude that MARTIAN SALES's Kratom products were unreasonably dangerous when sold without warnings or instructions about the known serious adverse health risks associated with their consumption, including overdose and death.Without bearing proper warnings and instructions, Defendant MARTIAN SALES's kratom products were unreasonably dangerous, unfit for their intended use, and highly dangerous and defective.

50.    Defendant MARTIAN SALES's failure to place warnings on its labels as to the serious health risks posed by its kratom products and instructions for safe use proximately caused Chad to consume them, and ultimately, overdose and die.

51.    MARTIAN SALES is strictly liable to Chad's estate for all the irreparable damages the estate and Chad's survivors have suffered due to its failure to provide adequate warnings and instructions for use on its unreasonably dangerous Kratom products.

10

**COUNT TWO –STRICT LIABILITY FOR DESIGN DEFECT**

52.     Plaintiff hereby re-alleges all allegations stated above.

53.     At the time MARTIAN SALES manufactured O.P.M.S. Gold Liquid Kratom Extract and Remarkable Herbs Maeng Da Kratom White Vein Mitragyna Speciosa 20 Ounce powder, the kratom products that caused Chad's death, these items were unreasonably dangerous as designed.

54.     Under a Consumer Expectation analysis, an ordinary consumer would find these Kratom products to be unreasonably dangerous, considering the products' intrinsic nature,  severity of potential harm (including death),  high concentration of compounds known to cause serious health risks, lack of information on the labels concerning health risks and recommended dosages, and the cost and feasibility of minimizing these risks.

55.     Defendant's Kratom products, "O.P.M.S. Gold Liquid Kratom Extract " and "Remarkable Herbs Maeng Da Kratom White Vein Mitragyna Speciosa 20 Ounce powder", were being used by Chad on the day of his death for the purpose for which they were marketed and intended.

56.     As a direct and proximate result of the dangerous design defects in Defendant MARTIAN SALES's kratom products, however, Chad Smith overdosed and died, causing irreparable injury and damages to his family and  the ESTATE OF CHAD SMITH .

**COUNT THREE – NEGLIGENCE**

57.     Plaintiff hereby re-alleges all allegations stated above.

58.     As manufacturer, distributor, and seller of Kratom, Defendant MARTIAN SALES, at all material times, had a duty to investigate the health effects of kratom's chemicals, and to design products that were safe for human consumption prior to placing its products into the stream of commerce.

59.     Defendant MARTIAN SALES  also had a duty to ensure that its Kratom products were not  adulterated or misbranded, and that the labels of these products contained information on safe use of the product, including warnings of health risks, recommended dosage, and instructions for use.

60.     Defendant MARTIAN SALES knew or should have known that the O.P.M.S. Gold Liquid Kratom Extract and Remarkable Herbs Maeng Da Kratom White Vein Mitragyna Speciosa 20 Ounce powder  kratom supplements that were sold to Chad were not FDA approved and were unreasonably dangerous for human consumption.  At the time these products were placed into the stream of commerce, there were FDA warnings that prohibited the sale of kratom products as dietary supplements and ample medical literature that identified health risks associated with the consumption of kratom products.

61.     Defendant MARTIAN SALES knew or should have known that the kratom products that were purchased by Chad were adulterated pursuant to FDA guidance, lacked warning labels and dosage instructions, and carried serious risks of injury and death to consumers, including Chad Smith.

62.     Defendant MARTIAN SALES breached its duty of care to consumers in designing, marketing, and selling kratom products, including O.P.M.S. Gold Liquid

Kratom Extract and Remarkable Herbs Maeng Da Kratom White Vein Mitragyna Speciosa 20 Ounce powder, in the following ways:

   a.  Defendant placed into the stream of commerce products made from a plant that contained many chemicals with unknown health risks.

   b.  Defendant designed and placed into the stream of commerce kratom products, which contained  a higher concentration of mitragynine and 7- hydroxymitragynine, chemical constituents known to cause addiction and death, than are contained in a standard extract of kratom leaves.

   c.  Defendant designed and placed into the stream of commerce kratom products for the purpose of human consumption that it knew or should have known were illegal to sell as dietary supplements under the Food, Drug and Cosmetic Act.

   d.  Defendant developed and sold its O.P.M.S. Gold Liquid Kratom Extract, the product that led to Chad's death, in such a small bottle that the disclaimer on it is too tiny to be legible to the average consumer.

   e.  Defendant failed to put on the products' labels any warnings of known serious health risks associated with their use, recommended dosages, or instructions for use.

   f.  Defendant negligently misrepresented that its kratom products effectively treat anxiety on its blog.

63.     Defendant MARTIAN SALES's negligent manufacture, sale, and marketing of its kratom products were proximate causes of Chad's death, and caused irreparable damage to his family and his estate.

## COUNT FOUR –FRAUDULENT MISREPRESENTATION

64.   Plaintiff hereby re-alleges all allegations stated above

65.     Defendant MARTIAN SALES  intentionally concealed known material facts to Chad about O.P.M.S. Gold Liquid Kratom Extract and Remarkable Herbs Maeng Da Kratom White Vein Mitragyna Speciosa 20 Ounce powder, including but not limited to:

a.   The health risks associated with regular consumption of Kratom products.

b.    Information regarding adverse events associated with Kratom products.

c.   The risk of addiction, overdose, and death associated with Kratom products.

d.  The fact that the products contained a higher concentration of mitragynine and 7- hydroxymitragynine, chemical constituents known to cause addiction and death, than are contained in a standard extract of kratom leaves.

e.  The fact that it was illegal to sell the products as dietary supplements and their use for that purpose was deemed unsafe by the FDA.

14

66. Defendant made a fraudulent misrepresentation on its's website blog that kratom was effective for treating anxiety even though Defendant knew there was no medical evidence to support this claim.

67. The above-stated material omissions by Defendant MARTIAN SALES were made with the intent to persuade and induce Chad and other consumers to regularly consume its kratom products.

68. Chad relied upon and was induced to act in reliance on Defendant MARTIAN SALES's misrepresentations and omissions when he in fact purchased and consumed Defendant's Kratom products under the assumption that the products were safe dietary supplements and that said products could relieve his anxiety.

69. As a direct and proximate result of Defendant MARTIAN SALES fraudulent misrepresentations and omissions, Chad Smith died from consuming Defendant's dangerous kratom products, which caused irreparable injury to his surviving family and his estate.

**COUNT FIVE –NEGLIGENCE PER SE PURSUANT TO VIOLATIONS OF THE FOOD, DRUG, AND COSMETICS ACT AND DIETARY SUPPLEMENT HEALTH AND EDUCATION ACT**

70. Plaintiff hereby re-alleges all allegations stated above

71. Defendant MARTIAN SALES markets, sells, and distributes dietary supplements containing mitragyna speciosa (a/k/a Kratom), in powder, liquid, and capsule form.

72. As a plant, Kratom is botanical and, therefore, a dietary ingredient within the meaning of 21 U.S.C. § 321(ff)(1)(C).

73. Kratom was not marketed as a dietary ingredient in the United

15

States prior to October 15, 1994; therefore, it is a new dietary ingredient within the meaning of 21 U.S.C. § 350b(d).

74.     The Federal Food, Drug, and Cosmetic Act ("FDCA") and the Dietary Supplement Health and Education Act - (DSHEA) (both contained in 21 U.S.C. Chapter 9) require manufacturers who wish to market dietary supplements that contain "new dietary ingredients" to prepare and submit a Premarket Notification to the FDA about these ingredients. Products containing Kratom are deemed adulterated unless the manufacturer or distributor has complied with the mandate of 21 U.S.C. § 350b(a)(2).

75.     This mandate requires (1) a premarket substantiation that the Kratom product is reasonably expected to be safe; and (2) a premarket NDI Notification that properly documents the evidence that the Kratom product is reasonably expected to be safe.

76.     Furthermore, pursuant to 21 U.S.C. § 331, the following are prohibited acts under the FDCA:

    a.     The introduction or delivery for introduction into interstate commerce of any food, drug, device, tobacco product, or cosmetic that is adulterated or misbranded.

    b.     The adulteration or misbranding of any food, drug, device, tobacco product, or cosmetic in interstate commerce.

    c.     The receipt in interstate commerce of any food, drug, device, tobacco product, or cosmetic that is adulterated or misbranded, and the delivery or proffered delivery thereof for pay or

16

otherwise....

d.      The manufacture within any Territory of any food, drug, device, tobacco product, or cosmetic that is adulterated or misbranded.

21 U.S.C. § 331.

77.     According to the FDCA, a dietary supplement, such as kratom, is classified as a special category of food. Pursuant to this act, a food shall be deemed misbranded if "(1) its labeling is false or misleading in any particular, or (2) its advertising is false or misleading in a material respect or is in violation of Section 350(b)(2) 4 of this title." 21 U.S.C. § 343(a).

78.     A food is deemed misbranded if in package form unless it bears a label containing "(1) the name and place of business of the manufacturer, packer, or distributor; and (2) an accurate statement of the quantity of the contents in terms of weight, measure, or numerical count." 21 U.S.C. § 343(e).

79.     Defendant MARTIAN SALES violated all above-referenced statutes by failing to notify the FDA of Kratom's ingredients before marketing and placing Kratom products into interstate commerce and by failing to undergo premarket substantiation to establish that Kratom is reasonably expected to be safe, and mislabeling and misbranding their Kratom products.

80.     Defendant MARTIAN SALES also violated the above statutes by failing to place on the labels of its O.P.M.S. Gold Liquid Kratom Extract and Remarkable Herbs Maeng Da Kratom White Vein Mitragyna Speciosa 20 Ounce powder the location of its principal place of business.

81.     The statutory standards mentioned above are designed to protect

17

consumers from the harms of unsafe dietary supplements, including adverse health impacts, overdose, and death.

83.     Chad was a member of the class of consumers of dietary supplements that the aforementioned statutes were designed to protect from harm.

83.     Chad's untimely death from use of Defendant MARTIAN SALES's kratom products was the type of harm that the aforementioned statutes were designed to prevent.

84.     Therefore, Defendants MARTIAN SALES's violations of the aforementioned federal laws constitute negligence per se.

The rest of this page intentionally left blank.

## VI.   PRAYER FOR RELIEF AND DEMAND FOR JURY TRIAL

**WHEREFORE**, the ESTATE OF CHAD SMITH, by and through its Personal Representative, NATALIE SMITH, and on behalf of all its beneficiaries, respectfully requests:

A. A jury be impaneled to hear all claims stated in this complaint which it can try;

B. Judgment against Defendant MARTIAN SALES for wrongful death, and for general, and special damages in an amount to be proven at trial;

C. Reasonable attorney's fees and costs; and

D. Such other relief as the Court deems appropriate.

Respectfully submitted on August 30, 2023, by

**/s/ John Clarke**

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served on the Florida Court Electronic Portal on this 30th day of August, 2023 and that, on the same day, a copy has been mailed by U.S. mail to Wyoming Registered Agents, 1621 Central Av. , Cheyenne, WY, 82001, the registered agent for Defendant MARTIAN SALES

John Clarke Esq., Attorney for Plaintiff

Florida Bar Number.: 118610

**Clarke Law P.A.**

1975 East Sunrise Blvd. Suite 626, Fort Lauderdale Florida 33304

Telephone: (305)467-5560

Primary e-mail address: john@clarkelawpa.com

Secondary e-mail address: clarkelaweservice@gmail.com

19

## EXHIBIT A

Filing # 168249041 E-Filed 03/07/2023 07:22:28 PM

## IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. **PRC220000245** DIVISION: **60J** JUDGE: **Lopane, Nicholas (60J)**

**In Re: Estate of: Smith, Chad Ronald**

_____/

### LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN

      WHEREAS CHAD RONALD SMITH, a resident of Broward County, Florida died on August 9, 2021 owning assets in the State of Florida, and

      WHEREAS NATALIE SMITH has been appointed Personal Representative of the Estate of CHAD RONALD SMITH and has performed all acts prerequisite to issuance of Letters of Administration in the Estate.

      NOW, THEREFORE I, the undersigned Circuit Judge declare NATALIE SMITH to be duly qualified under the laws of the State of Florida to act as Personal Representative of the Estate of CHAD RONALD SMITH, deceased with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to the law.

**DONE AND ORDERED** in Chambers at Broward County, Florida on 7th day of March, 2023.

PRC220000245 03-07-2023 11:20 AM

PRC220000245 03-07-2023 11:20 AM
Hon. Nicholas Lopane
**CIRCUIT COURT JUDGE**
Electronically Signed by Nicholas Lopane

**Copies Furnished To:**
▮▮▮▮▮▮, E-mail : lindquistesq@aol.com
Marian Audrey Lindquist , E-mail : lindquistlaw@aol.com

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 03/07/2023 07:22:28 PM.****

| Mark Text | Image | Register | NICE classifications | Registration Date | Expiry Date |
|---|---|---|---|---|---|
| O.P.M.S. OPTIMIZED PLANT MEDIATED SOLUTIONS GOLD |  | United States Patent and Trademark Office | 5 | 2021-01-26 | details |
| O.P.M.S. OPTIMIZED PLANT MEDIATED SOLUTIONS |  | United States Patent and Trademark Office | 5 | 2021-01-26 | details |
| O.P.M.S. OPTIMIZED PLANT MEDIATED SOLUTIONS SILVER | | United States Patent and Trademark Office | 5 | 2021-01-26 | details |

Research

W (https://en.wikipedia.org/w/index.php?search=%22O.P.M.S.%22)
(https://twitter.com/search?q=%22O.P.M.S.%22)
(https://nitter.domain.glass/search?f=tweets&q=%22O.P.M.S.%22)
(https://translate.google.com/#view=home&op=translate&sl=auto&tl=en
&text=O.P.M.S.)  (https://www.wolframalpha.com/input/?i=O.P.M.S.)
OneLook (https://www.onelook.com/?w=%22O.P.M.S.%22) Acronym
Finder (https://www.acronymfinder.com/~/search/af.aspx?
Acronym=%22O.P.M.S.%22&string=exact)

| | |
|---|---|
| Serial Number | 88444263 |
| Registration Number | 5942734 |
| Mark Literal Elements | O.P.M.S. |
| Mark Drawing Type | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| Mark Type | TRADEMARK |
| Standard Character Claim | No |
| Register | PRINCIPAL |
| Current Location | PUBLICATION AND ISSUE SECTION 2019-12-24 |
| Basis | 1(a) |
| Class Status | ACTIVE |
| Primary US Classes | 006: Chemicals and Chemical Compositions |
| | 018: Medicines and Pharmaceutical Preparations |
| | 044: Dental, Medical and Surgical Appliances |
| | 046: Foods and Ingredients of Foods |
| | 051: Cosmetics and Toilet Preparations |
| | 052: Detergents and Soaps |
| Primary International Class | 005 - Primary Class |
| | (Pharmaceuticals) Pharmaceutical, veterinary and sanitary preparations; dietetic substances adapted for medical use; food for babies; plasters, materials for dressings; material for stopping teeth, dental wax; disinfectants; preparations for destroying vermin; fungicides, herbicides. |
| Filed Use | Yes |
| Current Use | Yes |
| Intent To Use | No |
| Filed ITU | No |
| 44D Filed | No |

*TRADEMARK DECEPTION* (handwritten annotation)

*NOT A CERTIFIED COPY* (handwritten annotation)

**EXHIBIT C**

# CHASEO

June 19, 2021 through July 21, 2021

Account Number: ████████████

## !TRANSACTION DETAILj:___con_ti_nued_

| DATE | DESCRIPTION | AMOUNT | BAl |
|---|---|---|---|
| 06/21 | Card Purchase With Pin  06/21 Shell Service Statio Palm Beach GA FL Card 9705 | -37.45 | |
| 06/21 | Card Purchase With Pin  06/21 Coastline Vapor LLC Jupiter FL Card 9705 | -21.40 | Vape Store Sells Kratom |
| 06/21 | Card Purchase With Pin  06/21 Shell Service Statio Palm Beach GA FL Card 9705 | -39.64 | |
| 06/21 | Card Purchase With Pin  06/21 Publix Super Mar 990 Palm Beach GA FL Card 9705 | -44.36 | 2 |
| 06/21 | Card Purchase With Pin  06/21 Shell Service Statio Palm Beach GA FL Card 9705 | -11.37 | 2 |
| 06/22 | Card Purchase  06/20 Buongiomo Pizza & P Palm Beach GA FL Card 9705 | -53.47 | 2 |
| 06/22 | Card Purchase  06/22 Tst* Berry Fresh Cafe - Jupiter FL Card 9705 | -34.20 | |
| 06/22 | Card Purchase With Pin  06/22 7-Eleven Coral Springs  FL Card 9705 | -13.20 | |
| 06/22 | Card Purchase With Pin  06/22 Chevron/Hallman<Pet Coconut Creek FL Card 9705 | -20.32 | |
| 06/22 | Card Purchase Wrth Pin  06/22 ?-Eleven Deerfield Bea FL Card ████ | -6.53 | |
| 06/23 | Zelle Payment From Victoria E Allen 12032492949 | 400.00 | 5 |
| 06/23 | Card Purchase  06/22 Paypal *Pypl Payin4 888-221-1161 CA Card 9705 | -11.25 | 5 |
| 06/23 | Card Purchase  06/22 Paypal *Pypl Payin4 888-221-1161 CA Card 9705 | -8.00 | 5 |
| 06/23 | Card Purchase  06/22 Paypal *Pypl Payin4 888-221-1161 CA Card 9705 | -11.25 | 5 |
| 06/23 | Acorns Invest   Transfer   Nnlihr   Web ID: ████ | -11.98 | 4 |
| 06/23 | Card Purchase With Pin  06/23 Racetrac2410 Lake Pari< FL  Card ████ | -1.70 | 4 |
| 06/23 | Card Purchase Wrth Pin  06/23 Racetrac2410 Lake Pari< FL Card ████ | -40.60 | |
| 06/23 | Card Purchase With Pin  06/23 Advance Auto PA Palm Beach GA FL Card 9705 | -22.45 | Vape Store Sells Kratom |
| 06/24 | Card Purchase  06/22 Pro Vapor Deerfield Bea FL Card ████ | -64.05 | |
| 06/24 | Card Purchase  06/23 LA Fitness Pbg Donal Palm Beach GA FL Card 9705 | -5.35 | 3 |
| 06/24 | Card Purchase  06/23 Shell Oil 1000865100 Palm Beach GA FL Card 9705 | -42.64 | 3 |
| 06/24 | Card Purchase With Pin  06/24 Chevron/#322 Northla Palm Beach GA FL Card 9705 | -4.18 | 3 |
| 06/24 | Card Purchase With Pin  06/24 Advance Auto PA Palm Beach GA FL Card 9705 | -19.25 | 2 |
| 06/25 | Recurring Card Purchase 06/24 Cricket Wireless 855-246-2461 FL Card 9705 | -88.00 | 2 |
| 06/25 | Card Purchase  06/24 Pelican Car Wash - N North Palm Be FL Card 9705 | -8.55 | |
| 06/25 | Card Purchase With Pin  06/25 Shell Service Statio Palm Beach GA FL Card 9705 | -40.65 | |
| 06/25 | Card Purchase With Pin  06/25 Sunoco 08462657 Palm Beach GA FL Card 9705 | -5.45 | |
| 06/28 | Card Purchase With Pin  06/26 Shell Service Statio Palm Beach GA FL Card 9705 | -40.65 | |
| 06/28 | Card Purchase  06/26 Dunkin #310288 Q35  Pim  Bch Grnds FL Card 9705 | -2.55 | |
| 06/28 | Card Purchase  06/26 Jiffy Lube #2605 North Palm  Be FL  Card 9705 | -79.79 | |
| 06/28 | Card Purchase With Pin  06/27 Shell Service Statio Palm Beach GA FL Card 9705 | -7.71 | |
| 06/28 | Card Purchase Wdh Pin  06/27 Racetrac2410 lake Pari< FL Card 9705 | -7.78 | |
| 06/28 | Card Purchase With Pin 06/27 Racetrac2410 Lake Pari< FL Card 9705 | -12.21 | |
| 06/28 | Acorns Invest   Transfer   FT01Lr   Web ID: ████ | -8.06 | |

NOT A CERTIFIED COPY

# CHASE○

June 19, 2021 through July 21, 2021

Account Number: ███████████

## ¡TRANSACTION *DETAIL*L *( co_ntt :nu ed ?*

| DATE | DESCRIPTION | AMOUNT | BAI |
|------|-------------|--------|-----|
| 06/28 | Insufficient Funds Fee For **A $8.06** Item - Details: Acorns Invest  Transfer FT01Lr    Web ID: **9000142693** | -34.00 | |
| 015/30 | Recurring Corel Purcha e 00/2S Apple.Com/Bill 866-712-7753 CA Card 9705 | -11.06 | |
| 06/30 | Insufficient Funds Fee For A $11.06 Recurring Card Purchase - Details: 0629Apple.Com/Bill 866-712-7753 CA        0##-#########4███ 00 | -34.00 | |
| 07/01 | Zelle Payment From Victoria E Allen 12088707944 | **1,000.00** | 9 |
| 07/01 | Gasbuddy        Gasbuddy        PPD ID: 1462016638 | **0.01** | 9 |
| 07/01 | Gasbuddy        Gasbuddy        lkqkmvv97 Web ID: 1462016638 | **-0.01** | 9 |
| 07/01 | Card Purchase With Pin 07/01 Shell Service Statio Palm Beach GA FL Card 9705 | -40 86 | 8 |
| 07/01 | Paypal        Echeck        Web ID: Paypalec88 | -305 40 | 5 |
| 07/02 | Card Purchase        07/01 The Jewelry Doctor Palm Beach GA FL Card 9705 | -53 SO | 5, |
| 07/02 | Card Purchase        07/01 Shell Oil 1000865100 Palm Beach GA FL Card 9705 | -4.12 | 5 |
| 07/02 | Recurring Card Purchase 07/02 Klama Inc Klama.Com OH Card 9705 | -66 97 | 4 |
| 07/02 | Card Purchase With Pin  07/02 Shell Service Statio Palm Beach GA FL Card 9705 | .37 45 | 4 |
| 07/02 | Card Purchase With Pin  07/02 Shell Service Statio Palm Beach GA FL Card 9705 | -58 84 | 3 |
| 07/06 | Card Purchase        07/03 Valuepawnjewelry  114 Pompano Beach FL Card 9705 | -62.50 | 2 |
| 07/06 | Card Purchase        07/03 Pro Vapor Pompano Beach FL Card 9705 | | |
| 07/06 | Card Purchase With Pin  07/03 Shell Service Statio Coconut Creek FL Card 9705 | -3 98 | |
| 07/06 | Card Purchase With Pin 07/03 Target T- 4400 N Sta Coral Springs FL Card 9705 | -38.50 | |
| 07/06 | Card Purchase        07/03 Sq •Euros Barber Lou Coral Springs FL Card 9705 | -55.00 | |
| 07/06 | Card Purchase With Pin 07/03 7-Eleven Coral Springs FL Card 9705 | -2.66 | |
| 07/06 | Card Purchase With Pin 07/03 Goodlife Hillsboro Deerfield Bea FL Card 9705 | | |
| 07/06 | Card Purchase With Pin 07/03 Shell Service Statio Palm Beach GA FL Card 9705 | -3.98 | |
| 07/06 | Card Purchase With Pin 07/04 Shell Service Statio Palm Beach GA FL Card 9705 | -40.11 | |
| 07/06 | Card Purchase With Pin 07/05 Shell Service Statio Palm Beach GA FL Card 9705 | -6.64 | |
| 07/07 | Recurring Card Purchase 07/06 Apple.Com/Bill 866-712-7753 CA Card 9705 | -0.99 | |
| 07/09 | ATM Cash Deposit        07/09 2500 Pga Blvd Palm Beach GA FL Card 9705 | **280.00** | 2 |
| 07/09 | Card Purchase With Pin  07/09 Shell Service Statio Palm Beach GA FL Card 9705 | -39 59 | 2 |
| 07/09 | Card Purchase With Pin  07/09 Shell Service Statio Palm Beach GA FL Card 9705 | -54.61 | |
| 07/12 | ATM Check Deposit        07/11 4470 Northlake Blvd Palm Beach GA FL Card 9705 | **722.02** | 9 |
| 07/12 | Card Purchase        07/10 Ebay0•08-07319-40670 San Jose CA Card 9705 | -6866 | 8 |
| 07/12 | Card Purchase        07/10 Thorton Chip Tuning Thortonchiptu GA Card 9705 | -89.95 | 7 |
| 07/12 | Card Purchase        07/10 Vapes And Tobacco Palm Beach GA FL Card 9705 | -2600 | 7 |
| 07/12 | Card Purchase With Pin 07/11 Advance Au1o PA Palm Beach GA FL Card 9705 | -17 11 | 7 |

Vape Store Sells Kratom

Vape Store Sells Kratom

Vape Store Sells Kratom

NOT A CERTIFIED COPY

# CHASE O

## !TRANSACTION DETAILj___oon r; nuoo___

| DATE | DESCRIPTION | AMOUNT | BAJ |
|------|-------------|-------:|----:|
| 07/12 | Gard Purchase With Pin  07/11 Shell Service Static> Palm Beach GA FL Card 9705 | -24.17 | 6 |
| 07/12 | Gard Purchase With Pin  07/11 The l-lome Depot #0220 Lake Park FL Card 9705 | -15.99 | 6 |
| 07/12 | Card Purchase With Pin  07/11 Advance Auto PA Lake Park FL Card 9705 | -17.11 | 6 |
| 07/12 | Gard Purchase With Pin  07/11 Chevron/#322 Northla Palm Beach GA FL caro970!:5 | -4.18 | 6 |
| 07/12 | ATM Withdrawal        07/11 4470 Northlake Blvd Palm Beach GA FL Gard 9705 | -100.00 | 5 |
| 07/12 | Gard Purchase With Pin  07/12 Shell Service Static> Palm Beach GA FL Card 9705 | -37.45 | 5 |
| 07/12 | Card Purchase With Pin  07/12  Racetrac241O Lake Park FL Card 9705 | -20.19 | 4 |
| 07113 | Card Purchase        07/12 Amzn Mktp US"292T36D Amzn.Com/Bill WA Card 9705 | -27.81 | 4. |
| 07/13 | Card Purchase        07/12 LA Fitness Pbg Donal Palm Beach GA FL Card 9705 | -88.92 | 3 |
| 07/13 | Card Purchase        07/13 Reflective Concepts 866-9'22-6671 NY Card 9705 | -95.00 | 2 |
| 07/13 | Card Purchase With Pin  07/13 Good Clean Vapes Lake Lake Park FL Card 9705 | -21.39 | 2 |
| 07/14 | ATM Check Deposit        07/14 5220 Donald Ross Rd Palm Beach GA FL Card 9705 | 1,000.00 | 1,2 |
| 07/14 | Gard Purchase        07/13 Shell Oil 1000865100 Palm Beach GA FL Card 9705 | -████ | 1,2 |
| 07/14 | Card Purchase        07/14 Paypal *Reubenrodge 402-935-7T33 CA Card 9705 | -56.99 | 1,1 |
| 07/14 | Acorns Invest    Transfer  K11Rzr     Web ID: 9000142693 | -7.00 | 1,1 |
| 07/15 | Card Purchase        07/14 Chevron 0306259 North Palm Be FL Card 9705 | -7.24 | 1,1 |
| 07/15 | Card Purchase        07/15 Ebay 0•23-07339-17426 408-3766151 CA Card 9705 | -65.26 | 1,0 |
| 07/15 | Card Purchase With Pin  07/15 Shell Service Static> Palm Beach GA FL Card 9705 | -37.45 | 1,0 |
| 07/16 | Card Purchase        07/15 Reflective Concepts 866-922-6671 NY Card 9705 | -35.00 | 9 |
| 07/16 | Card Purchase        07/16 Amzn Mktp US*2E81z1Z Amzn.Com/Bill WA Card9705 | -25.47 | 9 |
| 07/16 | Card Purchase With Pin  07/15 Chevron/Sunshine #50 North Palm Be FL Card 9705 | -2.02 | 9 |
| 07/16 | Card Purchase With Pin  07/16 Shell Service Static> Palm Beach GA FL Card 9705 | -37.45 | 9 |
| 07/16 | Card Purchase With Pin  07/16 Good Clean Vapes Lake Lake Park FL Card 9705 | -48.13 | 8 |
| 07/19 | Zelle Payment From Victoria E  Allen 12203340672 | 300.00 | 1,1 |
| 07/19 | Card Purchase        07116 Progressive *Insuranc 800-TT6-4737 OH Card 9705 | -99.40 | 1,0 |
| 07/19 | Card Purchase        07/16 Amzn Mktp US*2E4Xg03  Amzn.Com/Bill WA Card 9705 | -41.72 | 1,0 |
| 07/19 | Card Purchase        07/16 Amzn Mktp US*2E88Y9M Amzn.Com/Bill WA Card 9705 | -54.56 | 9 |
| 07/19 | Card Purchase        07116 Reflective Concepts 866-922-6671 NY Card 9705 | -95.00 | 8 |
| 07/19 | Card Purchase        07117 Wu Santander Cnsmr US 888-222-4227 TX Card 9705 | -471.90 | 4 |
| 07/19 | Card Purchase        07/17 Amzn Mktp US*2E1M35F  Amzn.Com/Bill WA Card 9705 | -13.89 | 4 |
| 07/19 | Card Purchase With Pin  07/16 ?-Eleven Lake Park FL Card 9705 | -4.78 | 4 |

Vape Store Sells Kratom

NOT A CERTIFIED COPY

# CHASE©

June 19, 2021 through July 21, 2021

Account Number.  ▉▉▉▉▉▉▉▉▉

## !TRANSACTION DETAILj < co n, inu ed

| DATE | DESCRIPTION | AMOUNT | BAl |
|------|-------------|--------|-----|
| 07/19 | Card Purchase With Pin  07/17 The Home Depot #0220 Lake Park FL Card 9705 | -7.46 | 3 |
| 07/19 | Card Purchase With Pin  07/17 Advance Auto PA Palm Beach GA FL Card 9705 | -12.83 | 3 |
| 07/19 | Card Purchase With Pin  07/17 Sunoco 08462657 Palm Beach GA FL Card Q70S | -43.08 | 3 |
| 07/19 | Card Purchase With Pin  07/17 Singer Island G Riviera Beach FL Card 9705 | -3 16 | 3 |
| 07/19 | Card Purchase With Pin  07118 Sunoco 08462657 Palm Beach GA FL Card 9705 | -35.30 | 3 |
| 07/19 | Card Purchase With Pin  07119 Sunoco 08462657 Palm Beach GA FL Card 9705 | -35.30 | 2 |
| 07/19 | Card Purchase With Pin  07/19 The Home Depot #0220 Lake Park FL Card 9705 | -20.90 | 2 |
| 07/19 | Card Purchase With Pin  07/19 The Home Depot #0220 Lake Park FL Card 9705 | | 2 |
| 07/19 | Card Purchase With Pin  07/19 The Home Depot #0220 Lake Park FL Card 9705 | -2.35 | 2 |
| 07/19 | Card Purchase With Pin  07/19 Racetrac2410 Lake Park FL Card 9705 | -33 98 | 2 |
| 07/20 | Recurring Card Purchase 07/19 Cricket Wireless 855-246-2461 FL Card 9705 | -88.00 | |
| 07120 | Card Purchase       07/19 Wash and Wax Depot N Palm Beach FL Card 9705 | -25.23 | |
| 07/20 | Acorns Invest   Transfer  6Pvg3S       Web ID: ▉▉▉▉▉ | -8.77 | |
| 07/20 | Card Purchase With Pin  07/20 Shell Service Statio Palm Beach GA FL Card 9705 | -27 65 | |
| 07/21 | Card Purchase       07/20 Goodlife Hillsboro Deerfield Bea FL Card 9705 | -42.79 | |
| 07/21 | Card Purchase       07/20 Jonathan Dickinson St P Hobe Sound FL Card 9705 | -6.00 | |
| 07/21 | Recurring Card Purchase 07/21 LA Fitness 949-255-7200 CA Card 9705 | -42.79 | |
| 07/21 | Acorns Invest   Transfer  Qxsq4S       Web ID: ▉▉▉▉▉ | -7.21 | |
| 07/21 | Insufficient Funds Fee For A $42 79 Recurring Card Purchase - Details: 0721LA Fitness 949-255-7200 CA    0###-#########9705 00 | -34 00 | |
| 07/21 | Insufficient Funds Fee For A $7 21 Item - Details: Acorns Invest    Transfer Qxsq4S     Web ID: 9000142693 | -34.00 | -1 |
| | Ending  Balance | | -$1 |

A Monthly Service Fee was not charged to your Chase Total Checking account.  Here are the three ways you can ave this fee during any statement period

- **Have** electronic **deposits made** into **this** account totaling **$500.00** or more, **such as payments** from payroll providers or government benefit providers, by using (I) the ACH network, (II) the Real Time Payment netw or (III) thirdparty eervlces that facllltate payments to your debit card using the Visa or Mastercard networ (Your total electronic deposits this period were S1,06400. Note. some deposits may be listed on your previous statement)

- QB, keep a balance at the beginning of each day of $1,500.00 or more In this account. (Your balance at the beginning of each day was -S149.99)

- QB, keep an average beginning day balance of $5,000.00 or more In qualifying linked deposits and Investments. (Your average beginning day balance of qualifying linked deposits and investments was $280 95)

Vape Store Sells Kratom

**CHASEO**

July 22, 2021 through August 19, 2021

Account Number: ███████████

## !TRANSACTION DETAIL!....:.<_oont_in_ued....:. --------------

| DATE | DESCRIPTION | AMOINT | BALANCE |
|---|---|---|---|
| 07/26 | CardPurchase Wrth Pin   07/26 Shell Service Statio  Palm Beach GA  FL Card 9705 | -26.87 | 246.94 |
| 07/26 | CardPurchase With Pin  07/26 The Home Depot #0220 Lake Park FL Card 9705 | -13.87 | 233.07 |
| 07/26 | Card Purchase Wrth  Pn   07/26Gooclife Hillsboro Deerfiek:IBea  Fl  Card 9705 |  |  |
| 07/26 | Card Purdlase   With Pin  07/26 7-Eteven  Riviera  Beach FL Card 9705 | -15.45 | 120.27 |
| 07/27 | Card Purchase Return     07/27 Ebay0*16-07387-94799 408-3766151 CA Card 9705 | **49.20** | 169.47 |
| 07/27 | Card Purchase       07/26 Ebay 0*16-07387-94799  408-3766151 CA Card 9705 | -49.20 | 120.27 |
| 0712.7 | Card Purchase With Pin  07/27 Shell Service Statio Palm Beach GA FL Card 9705 | -21.40 | 98.87 |
| 07/28 | CardPurchase     07/2.6Pro Vapor Pompano Beach FLCard 9705 | -49.18 | 49.69 |
| 07/28 | Subscription   Acorns  '29WW92    Woo ID: 9000142694 |  | 46.69 |
| 07/28 | Card PurchaseWrth Pin   07/28 Aacetrac2410  lake Park FL  Card 9705 | -28.ro | 18.55 |
| 07/2.8 | Card PurchaseWith Pin  07/28 Shell Service Stati:>Palm  Beach GA  FL Card 9705 | -12.58 | 5.81 |
| 0712.9 | Zelle Payment From VICl:oria E  Allen 12270381806 | **200.00** | 205.81 |
| 07/29 | Card Purchase With Pin  07/29Sunoco 08462657 Palm  Beach GA FL Card 9705 | -41.48 | 164.33 |
| 011ro | Recurmg Card Purchase 0712:9 Apple.Com/Bih866-712-7753 CA Card 9705 | -11.06 | 153.27 |
| 07/';:JJ | Card Purchase       07/29 Marathon Petro148882 West Palm  Bea FL Card 9705 | -11.76 | 141.51 |
| 07/';:JJ | Card Purchase       07129 Ebay0*21-07401-15236  408-3766151 CA Card 9705 | -12.83 | 128.68 |
| 011ro | Card Purchase       07/ro Ebay0*16-07402-39993 408-3766151 CA Card 9705 | -14.97 | 113.71 |
| 011ro | Card Purchase       07/2..9 Onsvend"Cv Miami Miami FL Card 9705 | -2.35 | 111.36 |
| 011ro | Card Purchase       07/2..9 Cmsvend*Cv Miami Miami FL Card 9705 | -2.35 | 109.01 |
| 011ro | Card Purchase With Pin  07/ro Sunoco 08462657 Palm Beach GA FL Card 9705 | -43.08 | 65.93 |
| 07/';:JJ | Card Purchase With Pin  07/';:JJ Sl.noco 08462657 Palm Beach GA FLCard 9705 | -4.52 | 61.41 |
| 08/02 | Zelle Payment From Victoria E Allen 12ro0183260 | **100.00** | 161.41 |
| 08/02 | Card Purchase       07/ro Wawa  5214     000521 Riviera Beach FL Card 9705 | -6.72 | 154.69 |
| 08/02 | Card Purchase With Pin  07/31 Sunoco 08462657 Palm Beach GA FL Card 9705 | -27.03 | 127.66 |
| 08/02 | Card Purchase With Pin  07/31 SISIOCO 08462657 Pam 8each FL Card 9705 | -3.20 | 124.46 |
| 08/02 | CardPurchase With Pin  08/01 Sunoco 08462657 Palm Beach GA FL Card 9705 | -19.25 | 105.21 |
| 08/02 | .Aooms Invest   Transfer   Kdµds        Wd:JID: 9000142693 | -5.89 | 99.32 |
| 08/02 | Card Purchase With Pin  08/02 Sunoco 08462657 Palm Beach GA FL Card 9705 | -35. | 64.02 |
| 08/02 | Card Purchase With Pin  08/027-Eteven  Palm Beach GA FL Card 9705 | -9.05 | 54.97 |
| 08/03 | Card Purchase With Pin  08/02 Sunoco 08462657 Pam  Beach GA FL Card 9705 | -21.81 | 33.16 |
| 08/03 | CardPurchase With Pin  08/03 Sunoco 08462657 Palm Beach GA FL Card 9705 | -21.81 | 11.35 |
| 08/05 | Zelle Payment From Victoria E Allen 12325672216 | **200.00** | 211.35 |
| 08/05 | Card Purchase       08/04 Shell Oil 1000865100 Palm Bead, GA FL Card 9705 | -9.65 | 201.70 |
| 08/05 | Card Purchase With Pin  08/05 Siiger Island G Riviera Beach FL Card 9705 | -21.39 | 180.31 |
| 08/06 | Stafftilk IV Out Sl4Pay       PPD ID: 16509'29408 | **1,402.84** | 1,583.15 |

Vape Store Sells Kratom

Vape Store Sells Kratom

NOT A CERTIFIED COPY

**EXHIBIT D**





**AXIS**
FORENSIC TOXICOLOGY

Testing Report
Web: www.axisfortox.com
Phone: (317) 759-4TOX

| Laboratory Case Number: | 3228346 | | Subject's Name: | SMITH, CHAD |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **Client Account:** | ▇ / PBME21086 | | **Agency Case #:** | M21-01484 |
| | | | **Date of Death:** | 08/10/2021 |
| **Report To:** | District 15 FL Medical Examine | | **Test Reason:** | Not Given |
| | ATTN: District 15 - 21086 | | **Investigator:** | NOT INDICATED |
| | 3126 Gun Club Rd. | | **Date Received:** | 08/11/2021 |
| | West Palm Beach, FL  33406 | | **Date Reported:** | 10/04/2021 |

| | | | |
|---|---|---|---|
| **Laboratory Specimen No:** | 40956959 | **Date Collected:** | 08/10/2021 |
| **Container(s):** 01:GRT | Blood,ILIAC | **Test(s):** 70510 | Comprehensive Drug Panel, Blood |
| | | 13810 | Designer Opioids Panel, Blood |

*** AMENDED REPORT ***

| Analyte Name | Qualitative Result | Quantitative Result | Reporting Limit | Reference Range | Units | Note |
|---|---|---|---|---|---|---|
| VOLATILES | Negative | | | | | |
|     Methanol | Negative | | | Not Established | | |
|     Ethanol | Negative | | | Not Established | | |
|     Acetone | Negative | | | Not Established | | |
|     Isopropanol | Negative | | | Not Established | | |
| AMPHETAMINES | Negative | | | | | |
| ANALGESICS | Negative | | | | | |
| ANESTHETICS | Negative | | | | | |
| ANTICHOLINERGICS | Negative | | | | | |
| ANTICONVULSANTS | Negative | | | | | |
| ANTIDEPRESSANTS | POSITIVE | | | | | |
|     Desmethylsertraline | POSITIVE | 372 | 125 | Not Established | ng/mL | |
|     Sertraline | POSITIVE | 223 | 125 | 30 - 200 | ng/mL | |
| ANTIDIABETICS | Negative | | | | | |
| ANTIFUNGALS | Negative | | | | | |
| ANTIHISTAMINES | Negative | | | | | |
| ANTIPSYCHOTICS | Negative | | | | | |
| BARBITURATES | Negative | | | | | |
| BENZODIAZEPINES | Negative | | | | | |
| CANNABINOIDS | Negative | | | | | |
| CARDIOVASCULARS | Negative | | | | | |
| DESIGNER OPIOIDS PANEL | POSITIVE | | | | | |

NOT A CERTIFIED COPY

# AXIS
## FORENSIC TOXICOLOGY

**Testing Report**
Web: www.axisfortox.com
Phone: (317) 759-4TOX

**Laboratory Specimen No:**  40956959                    **Continued..**

| Analyte Name | Qualitative Result | Quantitative Result | Reporting Limit | Reference Range | Units | Note |
|---|---|---|---|---|---|---|
| 4-ANPP | POSITIVE | | | | | |
| Acetylfentanyl | Negative | | | | | |
| Acrylfentanyl | Negative | | | | | |
| Betahydroxythiofentanyl | Negative | | | | | |
| Butyrylfentanyl | Negative | | | | | |

Isobutyrylfentanyl is an isomer of Butyrylfentanyl.  Current analytical methodology does not differentiate one from the other.  Although reported as Butyrylfentanyl, Isobutyrylfentanyl may also be present.  Please contact a toxicologist if assistance is needed in interpreting the reported value.

| | | | | | | |
|---|---|---|---|---|---|---|
| cis-3-Methylfentanyl | Negative | | | | | |
| Carfentanil | Negative | | | | | |
| Cyclopropylfentanyl | Negative | | | | | |
| Furanylfentanyl | Negative | | | | | |
| Methoxyacetylfentanyl | Negative | | | | | |
| Ocfentanil | Negative | | | | | |
| Parafluorobutyrylfentanyl | Negative | | | | | |

Parafluoroisobutyrylfentanyl is an isomer of Parafluorobutyrylfentanyl.  Current analytical methodology does not differentiate one from the other.  Although reported as Parafluorobutyrylfentanyl, Parafluoroisobutyrylfentanyl may also be present.  Please contact a toxicologist if assistance is needed in interpreting the reported value.

| | | | | | | |
|---|---|---|---|---|---|---|
| Tetrahydrofuranfentanyl | Negative | | | | | |
| U47700 | Negative | | | | | |
| GASTROINTESTINALS | Negative | | | | | |
| HALLUCINOGENS | Negative | | | | | |
| MISCELLANEOUS | POSITIVE | | | | | |
| Mitragynine | POSITIVE | 3349 | 5 | | ng/mL | |
| MUSCLE RELAXANTS | Negative | | | | | |
| OPIOID ANALGESICS | POSITIVE | | | | | |
| Naloxone | POSITIVE | | | | | |

Analyte is qualitatively POSITIVE, but has not been confirmed by an alternate analytical method.

| | | | | | | |
|---|---|---|---|---|---|---|
| Fentanyl | POSITIVE | 12.3 | 0.1 | 1 - 3 | ng/mL | |

NOT A CERTIFIED COPY

# AXIS
## FORENSIC TOXICOLOGY

**Testing Report**
Web: www.axisfortox.com
Phone: (317) 759-4TOX

**Laboratory Specimen No:**     40956959                    **Continued..**

| Analyte Name | Qualitative Result | Quantitative Result | Reporting Limit | Reference Range | Units | Note |
|---|---|---|---|---|---|---|
| Norfentanyl | POSITIVE | 2.0 | 0.1 | | ng/mL | |
| SEDATIVE/HYPNOTICS | Negative | | | | | |
| STIMULANTS | POSITIVE | | | | | |
| Caffeine | POSITIVE | | | | | |

Analyte is qualitatively POSITIVE, but has not been confirmed by an alternate analytical method.

| | | | | | | |
|---|---|---|---|---|---|---|
| Cotinine | POSITIVE | | | | | |

Analyte is qualitatively POSITIVE, but has not been confirmed by an alternate analytical method.

| | | | | | | |
|---|---|---|---|---|---|---|
| UROLOGICALS | Negative | | | | | |

Specimens will be kept for at least one year from the date of initial report.

PLEASE NOTE: This is a revised report. Previous report on 08/26/2021 did not indicate results for Anabolic Steroids on specimen 40956963.

**SMITH, CHAD**
**Laboratory Case #: 3228346**
**Printed Date/Time: 10/04/2021, 08:11**



**AXIS**
FORENSIC TOXICOLOGY

**Testing Report**
**Web: www.axisfortox.com**
**Phone: (317) 759-4TOX**

| | | | |
|---|---|---|---|
| **Laboratory Specimen No:** | **40956961** | **Date Collected:** | 08/10/2021 |
| **Container(s):** 01:GRT | Blood,ILIAC | **Test(s):** 49900 | Not Tested |

| Analyte Name | Qualitative Result | Quantitative Result | Reporting Limit | Reference Range | Units | Note |
|---|---|---|---|---|---|---|
| <   No Testing Performed   > | | | | | | |

NOT A CERTIFIED COPY

**SMITH, CHAD**
**Laboratory Case #: 3228346**
**Printed Date/Time: 10/04/2021, 08:11**



**Testing Report**
Web: www.axisfortox.com
Phone: (317) 759-4TOX

| | | |
|---|---|---|
| **Laboratory Specimen No:**   **40956962** | **Date Collected:**   08/10/2021 | |
| **Container(s):**   01:BB      Blood,ILIAC | **Test(s):**   49900      Not Tested | |

| Analyte Name | Qualitative Result | Quantitative Result | Reporting Limit | Reference Range | Units | Note |
|---|---|---|---|---|---|---|
| <   No Testing Performed      > | | | | | | |

NOT A CERTIFIED COPY

**SMITH, CHAD**
**Laboratory Case #: 3228346**
**Printed Date/Time: 10/04/2021, 08:11**

# AXIS

## FORENSIC TOXICOLOGY

**Testing Report**

Web: www.axisfortox.com
Phone: (317) 759-4TOX

| | | | | |
|---|---|---|---|---|
| **Laboratory Specimen No:** | **40956963** | **Date Collected:** | 08/10/2021 | |
| **Container(s):** 01:YTT | Urine, Random | **Test(s):** | 70085 | Drugs of Abuse Panel, Urine - WPB |
| | | | 44030U | Anabolic Steroids, Urine |

| Analyte Name | Qualitative Result | Quantitative Result | Reporting Limit | Reference Range | Units | Note |
|---|---|---|---|---|---|---|
| ANABOLIC STEROIDS | POSITIVE | | | | | (1) |
| Testosterone | | 1200 | | | ng/mL | (1) |
| Synonym(s): 17beta-hydroxyandrost-4-en-3-one | | | | | | |
| Epitestosterone | | 30 | | | ng/mL | (1) |
| Synonym(s): 4-androsten-17alpha-ol-3-one | | | | | | |
| T/EpiT Ratio | | 40 | | | | (1) |
| A T/E ratio less than 4.0 is considered normal, while a ratio greater than or equal to 4.0 is considered an abnormal finding suggestive of testosterone use/abuse. This cut-off for the T/E ratio is recommended by the World Anti-Doping Agency. | | | | | | |
| Bolasterone | Negative | | | | | (1) |
| Synonym(s): 4-androsten-7alpha,17alpha-dimethyl-17beta-ol-3-one | | | | | | |
| Boldenone | POSITIVE | | | | | (1) |
| Synonym(s): 1-dehydrotestosterone | | | | | | |
| Clostebol | Negative | | | | | (1) |
| Synonym(s): 4-androsten-4-chloro-17beta-ol-3-one | | | | | | |
| Clostebol Metabolite | Negative | | | | | (1) |
| Synonym(s): 4-chloro-4-androsten-3alpha-ol-17-one | | | | | | |
| Clenbuterol | Negative | | | | | (1) |
| Synonym(s): Planipart® | | | | | | |
| Norethandrolone | Negative | | | | | (1) |
| Synonym(s): 17-hydroxy-19-norpregn-4-en-3-one | | | | | | |
| Fluoxymesterone | Negative | | | | | (1) |
| Synonym(s): 9alpha-fluoro-11beta,17beta-dihydroxy-17alpha-methylandrost-4-en-3-one | | | | | | |
| Methandrostenolone | Negative | | | | | (1) |
| Synonym(s): 17-hydroxy-17-methylandrosta-1,4-dien-3-one; Methandienone | | | | | | |
| Methandrostenolone Metabolite | Negative | | | | | (1) |
| Synonym(s): Methandienone Metabolite; 6beta-hydroxymethandienone | | | | | | |
| Methenolone | Negative | | | | | (1) |
| Synonym(s): (5alpha,17beta)-17-hydroxy-1-methylandrost-1-en-3-one | | | | | | |
| Methyltestosterone | Negative | | | | | (1) |

**SMITH, CHAD**
**Laboratory Case #: 3228346**
**Printed Date/Time: 10/04/2021, 08:11**



**AXIS**

FORENSIC TOXICOLOGY

**Testing Report**

Web: www.axisfortox.com
Phone: (317) 759-4TOX

**Laboratory Specimen No:** 40956963      **Continued..**

| Analyte Name | Qualitative Result | Quantitative Result | Reporting Limit | Reference Range | Units | Note |
|---|---|---|---|---|---|---|
| Synonym(s): 17beta-hydroxy-17alpha-methylandrost-4-en-3-one | | | | | | |
| Nandrolone | Negative | | | | | (1) |
| Synonym(s): 17beta-hydroxy-19-norandrost-4-en-3-one | | | | | | |
| Nandrolone Metabolite | Negative | | | | | (1) |
| Synonym(s): 5alpha-estran-3alpha-ol-17-one; norandrosterone | | | | | | |
| Norandrostenedione | Negative | | | | | (1) |
| Synonym(s): 4-estren-3,17-dione | | | | | | |
| Norethandrolone Metabolite | Negative | | | | | (1) |
| Synonym(s): 17alpha-ethyl-5beta-estrane-3alpha,17beta-diol | | | | | | |
| Norethindrone | Negative | | | | | (1) |
| Synonym(s): Ortho-Novum®; Camila® | | | | | | |
| Oxandrolone | Negative | | | | | (1) |
| Synonym(s): 17beta-hydroxy-17alpha-methyl-2-oxandrostan-3-one | | | | | | |
| Oxymetholone Metabolite | Negative | | | | | (1) |
| Synonym(s): 17alpha-methyl-5alpha-androstane-3alpha,17beta-diol; Mestanolone Metabolite; Methyltestosterone Metabolite | | | | | | |
| Probenecid | Negative | | | | | (1) |
| Synonym(s): Benemid® | | | | | | |
| Stanozolol | Negative | | | | | (1) |
| Synonym(s): 17alpha-methyl-2'H-androst-2-eno[3,2-c]pyrazol-17beta-ol | | | | | | |
| Stanozolol Metabolite | Negative | | | | | (1) |
| Synonym(s): 3'-hydroxystanozolol | | | | | | |
| Turinabol | Negative | | | | | (1) |
| Synonym(s): dehydrochlormethyltestosterone | | | | | | |
| Tetrahydrogestrinone | Negative | | | | | (1) |
| Synonym(s): THG; 18alpha-homo-17-hydroxy-19-nor-17alpha-pregna-4,9,11-trien-3-one | | | | | | |
| Trenbolone Metabolite | POSITIVE | | | | | (1) |
| Synonym(s): 17a-trenbolone | | | | | | |
| Creatinine | | 2098 | | | mg/L | (1) |
| U.S. Population (10th-90th percentiles, median) | | | | | | |
| All Participants: 335-2370 mg/L, median 1180 (n=22,245) | | | | | | |
| Males: 495-2540 mg/L, median 1370 (n=10,610) | | | | | | |
| Females: 273-2170 mg/L, median 994 (n=11,635) | | | | | | |
| AMPHETAMINES | Negative | | | | | |

NOT A CERTIFIED COPY

**SMITH, CHAD**
**Laboratory Case #: 3228346**
**Printed Date/Time: 10/04/2021, 08:11**



**Testing Report**
Web: www.axisfortox.com
Phone: (317) 759-4TOX

**Laboratory Specimen No:** 40956963                    **Continued..**

| Analyte Name | Qualitative Result | Quantitative Result | Reporting Limit | Reference Range | Units | Note |
|---|---|---|---|---|---|---|
| Amphetamine | Negative | | | | | |
| Methamphetamine | Negative | | | | | |
| MDMA | Negative | | | | | |
| BARBITURATES | Negative | | | | | |
| Amobarbital | Negative | | | | | |
| Butalbital | Negative | | | | | |
| Butabarbital | Negative | | | | | |
| Phenobarbital | Negative | | | | | |
| Pentobarbital | Negative | | | | | |
| Secobarbital | Negative | | | | | |
| BENZODIAZEPINES | Negative | | | | | |
| 7-Aminoclonazepam | Negative | | | | | |
| Alprazolam | Negative | | | | | |
| a-OH-Alprazolam | Negative | | | | | |
| Lorazepam | Negative | | | | | |
| Nordiazepam | Negative | | | | | |
| Oxazepam | Negative | | | | | |
| Temazepam | Negative | | | | | |
| CANNABINOIDS | Negative | | | | | |
| THC-COOH | Negative | | | | | |
| HALLUCINOGENS | Negative | | | | | |
| Phencyclidine (PCP) | Negative | | | | | |
| MUSCLE RELAXANTS | Negative | | | | | |
| Meprobamate | Negative | | | | | |
| OPIOID ANALGESICS | POSITIVE | | | | | |
| 6-Monoacetylmorphine | Negative | | | | | |
| Buprenorphine | Negative | | | | | |
| Codeine | Negative | | | | | |
| EDDP | Negative | | | | | |
| Fentanyl | POSITIVE | | | | | |
| Hydromorphone | Negative | | | | | |
| Hydrocodone | Negative | | | | | |
| Methadone | Negative | | | | | |
| Morphine | Negative | | | | | |
| Norfentanyl | POSITIVE | | | | | |

**SMITH, CHAD**
**Laboratory Case #: 3228346**
**Printed Date/Time: 10/04/2021, 08:11**

# AXIS
## FORENSIC TOXICOLOGY

**Testing Report**
Web: www.axisfortox.com
Phone: (317) 759-4TOX

**Laboratory Specimen No:**  40956963                    **Continued..**

| Analyte Name | Qualitative Result | Quantitative Result | Reporting Limit | Reference Range | Units | Note |
|---|---|---|---|---|---|---|
| Norbuprenorphine | Negative | | | | | |
| O-Desmethyltramadol | Negative | | | | | |
| Oxycodone | Negative | | | | | |
| Oxymorphone | Negative | | | | | |
| Tramadol | POSITIVE | | | | | |
| STIMULANTS | Negative | | | | | |
| Benzoylecgonine | Negative | | | | | |

Performing Location(s):

(1)   National Medical Services
        200 Welsh Road, Horsham, PA. 19044-2208
        Medical Director: Robert A. Middleberg, PhD

NOT A CERTIFIED COPY

**SMITH, CHAD**
**Laboratory Case #: 3228346**
**Printed Date/Time: 10/04/2021, 08:11**

# AXIS
## FORENSIC TOXICOLOGY

**Testing Report**

Web: www.axisfortox.com
Phone: (317) 759-4TOX

| | | | |
|---|---|---|---|
| **Laboratory Specimen No:** | **40956966** | **Date Collected:** | 08/10/2021 |
| **Container(s):** 01:CTT | Vitreous,EYE | **Test(s):** 32400 | Electrolyte Panel, Vitreous |

| Analyte Name | Qualitative Result | Quantitative Result | Reporting Limit | Reference Range | Units | Note |
|---|---|---|---|---|---|---|
| Sodium | | 146 | | | MMOL/L | (1) |
| Potassium | | 9.2 | | | MMOL/L | (1) |
| Chloride | | 125 | | | MMOL/L | (1) |
| Glucose | | <2 | | | mg/dL | (1) |
| Urea Nitrogen | | 12 | | | mg/dL | (1) |
| Creatinine | | <0.2 | | | mg/dL | (1) |

Performing Location(s):

(1)    LabCorp Dublin
6370 Wilcox Road , Dublin, OH  43016-1269
Medical Director: Vincent Ricchiuti, PhD

NOT A CERTIFIED COPY

The Specimen identified by the Laboratory Specimen Number has been handled and analyzed in accordance with all applicable requirements.

| **Laboratory Director** | **SMITH, CHAD** | **Case Reviewer** |
|---|---|---|
| George S. Behonick, Ph.D., F-ABFT | Laboratory Case #:3228346 | *George S. Behonick* |
| | Print Date/Time:10/04/2021, 08:11 | |
| | Page: 10 of 10 | |

This individual may not have performed any of the analytical work.