# EXHIBIT B

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>FIFTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>PALM BEACH</u>   COUNTY, FLORIDA

Natalie Smith
Plaintiff

vs.

Martian Sales Inc
Defendant

Case # _____
Judge _____

502023 ᴗᴀ U1 1 / U 4 XXXX MB

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

### III.    TYPE OF CASE      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
      ☐ Business governance
      ☐ Business torts
      ☐ Environmental/Toxic tort
      ☐ Third party indemnification
      ☐ Construction defect
      ☐ Mass tort
      ☐ Negligent security
      ☐ Nursing home negligence
      ☐ Premises liability—commercial
      ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
      ☐ Commercial foreclosure
      ☐ Homestead residential foreclosure
      ☐ Non-homestead residential foreclosure
      ☐ Other real property actions

☐ Professional malpractice
      ☐ Malpractice—business
      ☐ Malpractice—medical
      ☐ Malpractice—other professional
☒ Other
      ☐ Antitrust/Trade regulation
      ☐ Business transactions
      ☐ Constitutional challenge—statute or ordinance
      ☐ Constitutional challenge—proposed amendment
      ☐ Corporate trusts
      ☐ Discrimination—employment or other
      ☐ Insurance claims
      ☐ Intellectual property
      ☐ Libel/Slander
      ☐ Shareholder derivative action
      ☐ Securities litigation
      ☐ Trade secrets
      ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV.**    **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**    **NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

   2

**VI.**    **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.**    **DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Natalie Smith</u>        Fla. Bar #
        Attorney or party           (Bar # if attorney)

<u>Natalie Smith  </u>       <u>07/05/2023</u>
(type or print name)       Date

- 3 -

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT

IN AND FOR PALM BEACH COUNTY, FLORIDA

NATALIE SMITH, as the Personal Representative

of the ESTATE OF

CHAD SMITH, Decedent

Plaintiff,

Vs.

MARTIAN SALES INC.

Defendant.

50 2023 CA 011704 XXXX MB

## **COMPLAINT**

### **EXCEEDS $100,000**

COMES NOW the Plaintiff, **NATALIE SMITH** as Personal Representative of the estate of, CHAD SMITH, herby sues **MARTIAN SALES INC.,** for false advertising and practicing medicine without a license and further allegations as follow:

### **JURISDICTION, PARTIES, & VENUE**

1. This action for damages exceeds $100,000 and is being filed within the applicable statutes of limitations.

2. Plaintiff NATALIE SMITH as THE PERSONAL REPRESENTATIVE OF THE ESTATE OF, CHAD SMITH, the Decedent, as appointed by the Circuit Court of the 17th Judicial Circuit, Probate Division, 60J (see letters of administration Exhibit A) and is a resident of Broward County, Florida and is otherwise *sui juris*.

3. **CHAD SMITH** (Decedent) had been residing at 10102 Dahlia Ave. Palm Beach Gardens, Florida 33410 in Palm Beach County, Florida, and was otherwise *sui juris*.

4. The Defendant, **MARTIAN SALES, INC.** is a Wyoming corporation, with its principal place of business in Cheyenne, Wyoming.

1

5.  Venue is proper in this Court because the Decedent was a resident and died in Palm Beach County where the Defendant, **MARTIAN SALES INC.,** also regularly does business.

## GENERAL ALLEGATIONS

6.  **MARTIAN SALES INC.** is a for profit corporation that intentionally targets men and women who have a terminal illness, the disease of addiction. **MARTIAN SALES INC.** is an unregulated Kratom lab that manufactures and sells elements of poisons known to kill vulnerable people. The time has come to shut down **MARITIAN SALES INC.** Kratom lab altogether by confronting them legally with the deadly results of their evil actions. **MARTIAN SALES INC**. intentionally and knowingly deceived, Decedent, **CHAD SMITH,** for the worst reason imaginable, money.

7.  Addiction is a terminal disease which the **CHAD SMITH** had. The only way of survival is complete abstinence. The Defendant is in the business of manufacturing a variety (and in many misleading forms) as a "natural" opioid, known as Kratom. The Defendant both lured and misled **CHAD SMITH** with special advertising and labeling that would appeal to a diseased individual and intentionally resenting Kratom as a cure which in fact resulted in **CHAD SMITH'S** death.

8.  Any conditions precedent to the filing of this lawsuit has either been met, satisfied, or waived.

## COUNT ONE. FALSE ADVERTISING

Plaintiff restates, alleges, and incorporates the allegations set forth in paragraphs 1 through 8, above, as if fully stated herein.

9.  **Kratom is already banned in several states for the above reasons. These states and areas of banning are:** Alabama · Arkansas · Indiana · Rhode Island · Vermont · Wisconsin. And in Sarasota County, Florida.

10. The Decedent, **CHAD SMITH,** was born with the disease of addiction and mental illness and was fooled, misled, betrayed, by the Defendant to think that Kratom was an answer to feeling better.

11. **CHAD SMITH** was lured into buying Kratom by the Defendant's intentional use of the letters OP. in the labeling using the letters "OP" to infer "OPiods" both to attract **CHAD SMITH** unconsciously and consciously with the intent of triggering **CHAD SMITH'S** addiction disease to gain **CHAD SMITH'S** trust and his business.

12. **MARTIAN SALES INC**. used labeling names and packaging to imitate illegal street drugs by naming it "OPMS BLACK" (like black tar heroin) (See Exhibit B). **MARTIAN SALES INC.** also sells white vein Kratom that was intentionally packaged and designed

2

with a see-through bag revealing contents that looks like a bag of cocaine (see Exhibit B Kratom products taken into evidence by Palm Beach Gardens Police during their investigation of **CHAD SMITH'S** death.)

## COUNT TWO. PRACTICING MEDICINE WITHOUT A LICENSE

13. O.P.M.S. is on the label of the **MARTIAN SALES INC.** products which they say stands for: Optimized Plant Mediated Solutions. "Mediated" closely resembling "Medicated" and the word "Solutions" is intentionally meant to be presented to addiction suffers, like **CHAD SMITH**, as a 'Solution' to their terminal disease of addiction. Furthermore, **MARTIAN SALES INC.'S** trademark class is registered as **"018: "Medicines and Pharmaceutical Preparations"**. (See Exhibit B registered trademarks belonging to **MARTIAN SALES INC.) MARTIAN SALES INC. is operating as an unregistered pharmaceutical company. Killing people without consequence.**

14. The Defendant knows that the Kratom is a deadly toxin that has caused and been a part of the deaths of many men and women in Florida and elsewhere.

15. Kratom contains Mitragynine – An alkaloid found in the Kratom plant, which is consumed for its stimulant and analgesic (opioid-like) effects. The leaves of the Kratom plant, either whole or crushed, are smoked, chewed or prepared as tea. In addition, plant extract containing mitragynine is available in tablets, capsules, and liquid.

16. Arkansas, Tennessee, Vermont and Wisconsin have passed laws classifying the ingredients in kratom as controlled substances. An Indiana law classifies kratom as a synthetic drug, according to the NCSL.

17. The Food and Drug Administration has identified kratom as a botanical substance that could pose a risk to public health and has warned consumers not to use it.

18. The Drug Enforcement Administration lists kratom as a drug of concern. Kratom has stimulant effects in low doses and sedative effects in high doses, according to the DEA.

19. **MARTIAN SALES INC.** prolonged the Decedent's cravings by presenting Kratom as a harmless and healing substance. The use of Kratom, rather than curing his disease or lessening it, escalated **CHAD SMITH'S** physiological cravings without his knowing why because **MARTIAN SALES INC**. played on the ignorance and vulnerability of mentally ill persons by presenting Kratom as a harmless alternative to make one feel better. **MARTIAN SALES INC.** is in fact nothing more than an out-of-control unregulated Kratom lab assisting and fueling the opioid crisis while people are dying as they rake in the dough.

20. Certain ingredients in Kratom bind to opioid receptors in the brain. Therefore, those with the disease of addiction are prey to needing higher and higher dosages until Kratom kills them or lays the foundation for them to seek out stronger forms of opioids for relief till they die of Fentanyl mixed with Kratom (Mitragynine) as in the case of **CHAD SMITH**.

3

21. **MARITAN SALES INC.** is also responsible for sentencing the families and friends of those like, **CHAD SMITH**, to a lifetime of unimaginable, indescribable, unrelentingly, grief, agony, and suffering. They must be held accountable.

22. **CHAD SMITH** died on Aug. 9, 2021. (See Exhibit C death certificate).

As a direct and proximate result of **MARTIAN SALES, INC.** intentional targeting and exasperating, **CHAD SMITH'S** terminal disease, fueling and feeding his disease, misleading **CHAD SMITH** into thinking Kratom was a healing, harmless, "medication" and a "solution" to his disease, **CHAD SMITH** died, and Natalie Smith, hereby makes claims against **MARTIAN SALES, INC,** for all damages recoverable pursuant False Advertising Florida Statute s. 817.41 and Practicing Medicine Without A License. s. 775.082, s. 775.083, or s. 775.084 and including, but not limited to the following:

**A.** **For loss of support, companionship, loss of parental guidance to Decedent's disabled daughter, and for severe mental pain and suffering from the date of Decedent's death and into the future;**

**B.** **All funeral and burial expenses paid by the survivors.**

**WHEREFORE, Plaintiff NATALIE SMITH, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF, CHAD SMITH, the Decedent, demands judgement for damages EXCEEDING $100,000, against the Defendant MARTIAN SALES, INC., and such other relief as the Court deems just and proper.**

## <u>JURY DEMAND</u>

Plaintiff demands a jury trial on all issues so triable.

Date: July 5, 2023

Natalie Smith, Plaintiff, and Personal

Representative of the Estate of Chad Smith, Decedent

6311 NW 47 Court

Coral Springs, Fla. 33067

954-825-7287

Godisjoy67@gmail.com

4

*EXHIBIT A*

Filing # 168249041 E-Filed 03/07/2023 07:22:28 PM

**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO. **PRC220000245** DIVISION: **60J** JUDGE: **Lopane, Nicholas (60J)**

**In Re: Estate of: Smith, Chad Ronald**

_____/

### LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN

 WHEREAS CHAD RONALD SMITH, a resident of Broward County, Florida died on August 9, 2021 owning assets in the State of Florida, and

 WHEREAS NATALIE SMITH has been appointed Personal Representative of the Estate of CHAD RONALD SMITH and has performed all acts prerequisite to issuance of Letters of Administration in the Estate.

 NOW, THEREFORE I, the undersigned Circuit Judge declare NATALIE SMITH to be duly qualified under the laws of the State of Florida to act as Personal Representative of the Estate of CHAD RONALD SMITH, deceased with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to the law.

**DONE AND ORDERED** in Chambers at Broward County, Florida on 7th day of March, 2023.

PRC220000245 03-07-2023 11:20 AM

PRC220000245 03-07-2023 11:20 AM
Hon. Nicholas Lopane
**CIRCUIT COURT JUDGE**
Electronically Signed by Nicholas Lopane

Copies Furnished To:
▮▮▮▮▮▮▮▮ , E-mail : lindquistesq@aol.com
Marian Audrey Lindquist , E-mail : lindquistlaw@aol.com

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 03/07/2023 07:22:28 PM.****

*NOT A CERTIFIED COPY*

EXHIBIT B

Page 1

NOT A CERTIFIED COPY

LIQUID

DELTA-8 THC

DELTA-9 THC

DELTA-10 THC

THCA

THC

MUSHROOMS

HHC

SHOP BY BRAND

CBD

CBN

**OPMS - Black Liquid Extract Kratom Shot - 8.8ml**

ABOUT US

CBD FOR PETS

KRATOM

ACCESSORIES

HEMP FLOWER

Links

86

6

*Page 2*

| Mark Text | Image | Register | NICE classifications | Registration Date | Expiry Date |
|---|---|---|---|---|---|
| O.P.M.S. OPTIMIZED PLANT MEDIATED SOLUTIONS GOLD |  | United States Patent and Trademark Office | 5 | 2021-01-26 | |
| O.P.M.S. OPTIMIZED PLANT MEDIATED SOLUTIONS |  | United States Patent and Trademark Office | 5 | 2021-01-26 | |
| O.P.M.S. OPTIMIZED PLANT MEDIATED SOLUTIONS SILVER |  | United States Patent and Trademark Office | 5 | 2021-01-26 | |

NOT A CERTIFIED COPY

7/5/23, 8:30 AM                                    O.P.M.S. - Martian Sales, Inc. Trademark Registration

| | |
|---|---|
| Research | (https://en.wikipedia.org/w/index.php?search=%22O.P.M.S.%22) (https://twitter.com/search?q=%22O.P.M.S.%22) (https://nitter.domain.glass/search?f=tweets&q=%22O.P.M.S.%22) (https://translate.google.com/#view=home&op=translate&sl=auto&tl=en &text=O.P.M.S.) (https://www.wolframalpha.com/input/?i=O.P.M.S.) OneLook (https://www.onelook.com/?w=%22O.P.M.S.%22) Acronym Finder (https://www.acronymfinder.com/~/search/af.aspx? Acronym=%22O.P.M.S.%22&string=exact) |
| Serial Number | 88444263 |
| Registration Number | 5942734 |
| Mark Literal Elements | O.P.M.S. |
| Mark Drawing Type | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| Mark Type | TRADEMARK |
| Standard Character Claim | No |
| Register | PRINCIPAL |
| Current Location | PUBLICATION AND ISSUE SECTION 2019-12-24 |
| Basis | 1(a) |
| Class Status | ACTIVE |
| Primary US Classes | 006: Chemicals and Chemical Compositions |
| | 018: Medicines and Pharmaceutical Preparations |
| | 044: Dental, Medical and Surgical Appliances |
| | 046: Foods and Ingredients of Foods |
| | 051: Cosmetics and Toilet Preparations |
| | 052: Detergents and Soaps |
| Primary International Class | 005 - Primary Class |
| | (Pharmaceuticals) Pharmaceutical, veterinary and sanitary preparations; dietetic substances adapted for medical use, food for babies; plasters, materials for dressings; material for stopping teeth, dental wax; disinfectants; preparations for destroying vermin; fungicides, herbicides. |
| Filed Use | Yes |
| Current Use | Yes |
| Intent To Use | No |
| Filed ITU | No |
| 44D Filed | No |

*[handwritten: Trademark Deception]*

*[handwritten watermark: NOT A CERTIFIED COPY]*

*[handwritten at bottom: 7  Pt 2]*

NOT A CERTIFIED COPY



9

*EXHIBIT C*

**STATE OF FLORIDA**

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2021150568

**DATE ISSUED:** JULY 29, 2022

**DECEDENT INFORMATION**

**DATE FILED:** AUGUST 12, 2021

NAME: CHAD RONALD SMITH

DATE OF DEATH: AUGUST 9, 2021    SEX: MALE    SSN: ▮▮▮▮▮▮    AGE: 037 YEARS
DATE OF BIRTH: AUGUST 6, 1984    BIRTHPLACE: FORT LAUDERDALE, FLORIDA, UNITED STATES
PLACE OF DEATH: EMERGENCY ROOM/OUTPATIENT
FACILITY NAME OR STREET ADDRESS: PALM BEACH GARDENS MEDICAL CTR
LOCATION OF DEATH: PALM BEACH GARDENS, PALM BEACH COUNTY, 33410
RESIDENCE: 6311 NW 47 CT , CORAL SPRINGS, FLORIDA 33067, UNITED STATES    COUNTY: BROWARD
OCCUPATION, INDUSTRY: BEHAVIORAL TECHNICIAN, TREATMENT CENTERS
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED    EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

## SURVIVING SPOUSE / PARENT NAME INFORMATION

**(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)**

MARITAL STATUS: NEVER-MARRIED
SURVIVING SPOUSE NAME: NONE

FATHER'S/PARENT'S NAME: DAVID RAYMOND SMITH
MOTHER'S/PARENT'S NAME: NATALIE BROSKY

## INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME: NATALIE SMITH
RELATIONSHIP TO DECEDENT: MOTHER
INFORMANT'S ADDRESS: 6311 NW 47 CT , CORAL SPRINGS, FLORIDA 33067, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: KAREN M. FORREST, F045297
FUNERAL FACILITY    MONARCH FUNERAL HOME & CREMATION SERVICES LLC F438970
     2950 NORTH STATE RD 7 STE 101, MARGATE, FLORIDA 33063
METHOD OF DISPOSITION: BURIAL
PLACE OF DISPOSITION: OUR LADY QUEEN OF HEAVEN CATHOLIC CEMETERY
     NORTH LAUDERDALE, FLORIDA

## CERTIFIER INFORMATION

TYPE OF CERTIFIER: ASSOCIATE MEDICAL EXAMINER    MEDICAL EXAMINER CASE NUMBER: 211501484
TIME OF DEATH (24 HOUR): 2307    DATE CERTIFIED: OCTOBER 8, 2021
CERTIFIER'S NAME: NATALIA BELOVA
CERTIFIER'S LICENSE NUMBER: ME138113
NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER): NOT APPLICABLE

## CAUSE OF DEATH AND INJURY INFORMATION

MANNER OF DEATH: ACCIDENT
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH
a MIXED DRUG (FENTANYL AND MITRAGYNINE) INTOXICATION

b

c

d

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:

AUTOPSY PERFORMED? YES    AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? YES
DATE OF SURGERY:    DID TOBACCO USE CONTRIBUTE TO DEATH? UNKNOWN
REASON FOR SURGERY:
PREGNANCY INFORMATION: NOT APPLICABLE
DATE OF INJURY AUGUST 9, 2021    TIME OF INJURY (24 HOUR): UNKNOWN    INJURY AT WORK? NO

*10*

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND
FOR PALM BEACH COUNTY, FLORIDA

*Natalie Smith, as the*
*Personal Representative of the estate of*
*Chad Smith, decedent*                    Plaintiff,

CASE NO. 50 2023 CA 01 1704 XXXX MB

vs.

*Martian Sales inc*
                                          Defendant.

**SUMMONS**
**(PERSONAL SERVICE ON A NATURAL PERSON)**

TO DEFENDANT(S):                    **ALTERNATE ADDRESS:**

*Martian Sales inc.*
*Wyoming Registered Agent / Mark Reilly President*

*1621 Central Ave.*
*Cheyenne Wyoming 82001*          IMPORTANT

A LAWSUIT HAS BEEN FILED AGAINST YOU. YOU HAVE 20 CALENDAR DAYS AFTER
THIS SUMMONS IS SERVED ON YOU TO FILE A WRITTEN RESPONSE TO THE
ATTACHED COMPLAINT WITH THE CLERK OF THIS COURT. A PHONE CALL WILL NOT
PROTECT YOU. YOUR WRITTEN RESPONSE, INCLUDING THE CASE NUMBER GIVEN
ABOVE AND THE NAMES OF THE PARTIES, MUST BE FILED IF YOU WANT THE COURT
TO HEAR YOUR SIDE OF THE CASE. IF YOU DO NOT FILE YOUR RESPONSE ON TIME,
YOU MAY LOSE THE CASE, AND YOUR WAGES, MONEY, AND PROPERTY MAY
THEREAFTER BE TAKEN WITHOUT FURTHER WARNING FROM THE COURT. THERE
ARE OTHER LEGAL REQUIREMENTS. YOU MAY WANT TO CALL AN ATTORNEY
RIGHT AWAY. IF YOU DO NOT KNOW AN ATTORNEY, YOU MAY CALL AN ATTORNEY
REFERRAL SERVICE OR A LEGAL AID OFFICE (LISTED IN THE PHONE BOOK).

IF YOU CHOOSE TO FILE A WRITTEN RESPONSE YOURSELF, AT THE SAME TIME YOU
FILE YOUR WRITTEN RESPONSE TO THE COURT YOU MUST ALSO MAIL OR TAKE A
COPY OF YOUR WRITTEN RESPONSE TO THE APLAINTIFF OR PLAINTIFF(S) ATTORNEY
NAMED BELOW.

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE: YOU ARE COMMANDED TO SERVE THIS SUMMONS
AND A COPY OF THE COMPLAINT IN THIS LAWSUIT ON THE ABOVE NAMED
DEFENDANT(S).

DATED: *July 05, 2023*

**Joseph Abruzzo, Clerk & Comptroller**

By: _____
DEPUTY CLERK *Sarah McGuthrie*

SEE REVERSE SIDE ___ ES - VOIR DE L=AUTRE COTE DE

Summons (Personal Service on a Natural Person) Page 2 of 6

<u>IMPORTANTE</u>

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

<u>IMPORTANT</u>

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

SEE REVERSE SIDE - VEASE AL REVES - VOIR DE L=AUTRE COTE DE

This notice is provided pursuant to Administrative Order No. 2.207-1/15

**"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway, West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

**"Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

**"Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."**

IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

IN RE: STANDING ORDER FOR
CASE MANAGEMENT FOR SUBMISSION
OF AGREED CASE MANAGEMENT PLAN FOR
CASES FILED ON OR AFTER APRIL 30, 2021

_____ /

**STANDING ORDER FOR CASE MANAGEMENT AND SUBMISSION OF AGREED
CASE MANAGEMENT PLAN IN CIVIL CASES
IN THE FIFTEENTH JUDICIAL CIRCUIT FILED ON OR AFTER APRIL 30, 2021
(DCMSO)**

Pursuant to Florida Rule of Civil Procedure 1.200(a), Florida Rule of General Practice and
Judicial Administration 2.545, and Administrative Order 3.107 entered by the Chief Judge of this
Circuit, the parties are informed of the following information and procedures applicable to civil
lawsuits filed in the Circuit Court on or after April 30, 2021:

1. **SERVICE OF THIS ORDER.** The Plaintiff is directed to serve a copy of this Order
with each Summons issued in this case. One copy of this Order is to be filed with the Clerk of the
Circuit Court with proof of service.

2. **CIVIL CASE MANAGEMENT SYSTEM.** The Supreme Court of Florida has
established guidelines for the prompt processing and resolution of civil cases. This Court has
adopted a case management system to help meet those guidelines. In contested cases, the parties
are required to participate in the case management system. The case management system requires
early consultation and cooperation among the parties for the preparation and submission of an
Agreed Case Management Plan and early involvement by the Court. The Agreed Case
Management Plan requires the parties to identify a case track, confer in good faith and attempt to
narrow the matters in controversy, identify the issues that require direct involvement by the Court,
and establish a schedule for addressing those issues[1] The Agreed Case Management Plan may be
accessed at the Court's website at: https://15thcircuit.com/civil-differentiated-forms-and-orders.

Unless all of the Defendants have been served and have been defaulted or dropped, an Agreed
Case Management Plan must be submitted to the assigned divisional queue via the Court's online
scheduling system (OLS) as an attachment, in PDF format, to a proposed Order Accepting Agreed
Case Management Plan on or before 130 days from the date of filing of the initial complaint. If
the parties are unable to agree on an Agreed Case Management Plan by the applicable deadline, a

---

[1] Case Track options include Expedited, Streamlined, General, or Complex. Case Tracks have been
established in order to comply with the case disposition standards set forth in Florida Rule of General
Practice and Judicial Administration 2.250(a)(1)(B).

case management conference will be scheduled by the Court or the Court will review and issue an Order Implementing Case Management Plan without agreement of the Parties. No matters that arise as a result of this standing order, including lack of agreement, will be set on the Court's Uniform Motion Calendar and will, instead, be settled by the Court either at the case management conference or via an Order Implementing Case Management Plan without agreement of the parties. If a case management conference is scheduled, attendance by trial counsel and those parties who are not represented by counsel is mandatory.

If all Defendants are served and defaulted or dropped, the Plaintiff will file the appropriate documentation to pursue a Default Final Judgment within 130 days of the filing of the complaint and Final Judgment is to be entered or set for hearing within 150 days of the filing of the complaint.

3. **MEDIATION/ALTERNATIVE DISPUTE RESOLUTION (ADR).** ADR provides parties with an out-of-court alternative to settling disagreements. Mediation is a type of ADR wherein an independent third party attempts to arrange a settlement at a conference between the parties. The Court requires the parties to participate in Mediation prior to trial unless the parties agree to another form of ADR.


**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, on this 26 day of April, 2021.


_____
**Administrative Circuit Judge**



**JOSEPH ABRUZZO**

# RECEIPT
4957439

CLERK OF THE CIRCUIT COURT & COMPTROLLER
PALM BEACH COUNTY, FLORIDA

Printed On:
07/05/2023 12:51
Page 1 of 1

| Receipt Number: 4957439 - Date 07/05/2023  Time 12:51PM | | | |
|---|---|---|---|
| **Received of:** | NATALIE SMITH<br>6311 NW 47 COURT<br>CORAL SPRINGS, FL 33067 | | |
| **Cashier Name:** | SMyrthil | **Balance Owed:** | 411.00 |
| **Cashier Location:** | Main Branch Circuit Civil/Probate/<br>Marriage License | **Total Amount Paid:** | 411.00 |
| **Receipt ID:** | 11340943 | **Remaining Balance:** | 0.00 |
| **Division:** | AK: Circuit Civil Central - AK(Civil) | | |

| Case# 50-2023-CA-011704-XXXX-MB -- PLAINTIFF/PETITIONER: SMITH, NATALIE | | | |
|---|---|---|---|
| Item | Balance | Paid | Bal Remaining |
| Fees | 411.00 | 411.00 | 0.00 |
| **Case Total** | **411.00** | **411.00** | **0.00** |

| Payments | | |
|---|---|---|
| Type | Ref# | Amount |
| CREDIT | 34879692 | 411.00 |
| **Total Received** | | **411.00** |
| **Total Paid** | | **411.00** |



**How was your service today?**  Please visit www.mypalmbeachclerk.com/survey or send your feedback to clerkweb@mypalmbeachclerk.com.
**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.

## Laramie County Sheriff's Department

### Certificate of Service

NATALIE SMITH AS THE PERSONAL
REPRESENTATIVE OF THE ESTATE OF
CHAD SMITH DECEDENT
vs.
MARTIAN SALES INC.

**Sheriff's #** 23002054
**Case #** 50-2023-CA-011704-
XXXX-MB

**Affidavit of Service**

SUMMONS AND COMPLAINT

I, Deputy C JOHNSON, Badge # C58 of the Laramie County Sheriff's Department, certify and affirm that on 7/12/2023 at 10:12 AM at 1621 CENTRAL AVE Cheyenne, WY 82001, served within authenticated SUMMONS AND COMPLAINT upon WYOMING REGISTERED AGENTS, the Servee named here in the following manner.

Business

By delivering to and leaving with ROSE GARCIA, OFFICE MANAGER FOR WYOMING REGISTERED AGENTS, AGENT FOR MARTIAN SALES INC., personally, a true copy thereof, said person being known or identified to me as the person mentioned and described therein.

By _____
C JOHNSON #C58

Deputy Sheriff

The foregoing instrument was acknowledged before me by _C. Johnson_
this _12_ day of _July_ 20_23_.

_Sharen L. Harbaugh_
Notary Public

SHAREN L. HARBAUGH - NOTARY PUBLIC
COUNTY OF LARAMIE   STATE OF WYOMING
MY COMMISSION EXPIRES 5/23/23

NOT A CERTIFIED COPY

Filing # 178722681 E-Filed 08/02/2023 07:55:10 AM

IN THE CIRCUIT COURT OF THE _FiFTeeNTH_____ JUDICIAL CIRCUIT,
IN AND FOR _Palm Beach_____ COUNTY, FLORIDA

NaTalie SmiTH, as The
PeRSoNal RePReSeNTaTiVe of The
esTaTe of CHad SmiTH
_____ Petitioner,
DeceDeNT
and

MaRTiaN Sales iNC
_____
Respondent,

Case No.: _50-2023-CA-011904-XXXX-MB___
Division: _AK___

## MOTION FOR DEFAULT

TO THE CLERK OF THE CIRCUIT COURT:

**PLEASE ENTER A DEFAULT AGAINST RESPONDENT WHO HAS FAILED TO RESPOND TO THE PETITION.**

I certify that a copy of this document was [X] mailed [ ] faxed and mailed [ ] e-mailed [ ] hand-
delivered to the person(s) listed below on *{date}* _AUG 2 2023_ .

Other party or his/her attorney:
Name: _MARTIAN Sales iNC_
Address: _1621 CENTRal AVE_
City, State, Zip: _CHeyeNNe WyomiNg 82001_
Fax Number: _____
Designated E-mail Address(es): _____
_____

_____
Signature of Party
Printed Name: _Natalie SmiTH_
Address: _6311 NW 47 CT_
City, State, Zip: _CoRal SpRiNg Fl 33067_
Telephone Number: _954 825-7287_
Fax Number: _____
Designated E-mail Address(es): _CoDeSTay67@_
_Gmail.com_

Florida Supreme Court Approved Family Law Form 12.922(a), Motion for Default (11/15)

FILED: PALM BEACH COUNTY, FL, JOSEPH ABRUZZO, CLERK, 08/02/2023 07:55:10 AM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN
AND FOR PALM BEACH COUNTY, FLORIDA

Case Number: 50-2023-CA-011704-XXXX-MB
Division:       AK: Circuit Civil Central - AK

(Civil)

NATALIE SMITH,
              Plaintiff(s),
      vs.

MARTIAN SALES INC,
              Defendant(s).

## DEFAULT

A default is entered in the above styled cause against:
MARTIAN SALES INC

for failure to serve or file any pleading or document as required by law.

Dated on: 11th of August, 2023.

**JOSEPH ABRUZZO**
**Clerk of the Circuit Court & Comptroller**

By: _Kim Catul_

Catul, Kimberly as Deputy Clerk

☐  Copies Not furnished – envelopes not provided.
☒  Copies furnished to: GODISJOY67@GMAIL.COM

FILED: PALM BEACH COUNTY, FL JOSEPH ABRUZZO, CLERK. 08/11/2023 12:12:59 PM

Case 9:23-cv-81329-DMM   Document 1-4   Entered on FLSD Docket 09/28/2023   Page 25 of 80

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION AK
CASE NO. 50-2023-CA-011704-XXXX-MB

NATALIE SMITH,
   Plaintiff/Petitioner
vs.
MARTIAN SALES INC,
   Defendant/Respondent.

_____/

## ORDER SPECIALLY SETTING REMOTE HEARING
[Scheduling Order and Notice of Hearing]
[*a copy of the motion/s must be attached when submitted to the Court*]

    **THIS MATTER** is specially set for REMOTE hearing before **JUDGE RICHARD L. OFTEDAL** as follows:

    **DATE OF HEARING: Monday, August 14, 2023**

    **TIME OF HEARING: 2:00 PM**

    **TIME RESERVED FOR HEARING: 15 minutes**

    **MATTER(s) TO BE HEARD: Motion for Default**

## IMPORTANT ZOOM INFORMATION:

Join Zoom Meeting
https://us02web.zoom.us/j/89696185484

Meeting ID: 89696185484

Dial-in Information
   877 853 5257 US Toll-Free
   888 475 4499 US Toll-Free

    **THIS MATTER HAS BEEN SPECIALLY SET BY COURT ORDER AND CANNOT BE CANCELED OR RESET EXCEPT BY FURTHER ORDER OF THE COURT.** It is further

*** FILED: PALM BEACH COUNTY, FL  JOSEPH ABRUZZO, CLERK. 08/09/2023 01:59:04 PM ***

NOT A CERTIFIED COPY

Case No. 50-2023-CA-011704-XXXX-MB

      **ORDERED** that the attorneys/parties must submit to the Court by hard copy if greater than 50 pages (or upload to eCourtesy if less than 50 pages total) seven (7) days before the hearing noting the date and time of the hearing:

1. copies of all relevant pleadings;
2. copies of all case law authority;

      If an interpreter is needed for a party or witness in this case, it shall be the responsibility of the party needing same to provide a qualified interpreter.

      **DONE AND ORDERED** in Chambers, at West Palm Beach, Palm Beach County, Florida.

50-2023-CA-011704-XXXX-MB   08/09/2023
Richard L. Oftedal   Senior Judge

50-2023-CA-011704-XXXX-MB   08/09/2023
Richard L. Oftedal
Senior Judge

**COPIES TO:**

MARTIAN SALES INC No Address Available    godisjoy67@gmail.com
NATALIE SMITH    6311 NW 47 COURT    godisjoy67@gmail.com
    CORAL SPRINGS, FL 33067 godisjoy67@gmail.com

NOT A CERTIFIED COPY

Case No. 50-2023-CA-011704-XXXX-MB

This notice is provided pursuant to Administrative Order No. 2.207

"**If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**"

"**Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**"

"**Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711.**"

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION: "AK"
CASE NO.: 50-2023-CA-011704-XXXX-MB

NATALIE SMITH,
      Plaintiff/Petitioner

vs.

MARTIAN SALES INC,
      Defendant/Respondent.

_____/

## ORDER SETTING JURY TRIAL AND DIRECTING PRETRIAL AND MEDIATION PROCEDURES

I. **SCHEDULING**

This action is set for Jury trial on a docket commencing March 4, 2024 and ending on April 12, 2024. 3 days have been reserved for this trial. The trial will be scheduled sometime during the docket at a date and time to be provided at the E-Calendar Call is set for February 23, 2024 at 10:00 a.m., or by order or other notification of the Court.

E-Calendar Call shall be conducted as follows:

___X___ **ELECTRONIC**. You are directed to complete and return by February 18, 2024 an e-calendar form as required by the Court's Divisional Instructions. See Attached Exhibit "A"

II. **CASE MANAGEMENT ORDER**

Pursuant to Fla. Admin. Order AOSC20-23, Amendment 10 (Fla. March 9, 2021) and Administrative Order 3.108, a Case Management Order ("CMO") may have been previously entered in this case. The CMO sets forth, *inter alia*, deadlines for the following:

    a. Completion of Fact Witness Discovery;
    b. Completion of Expert Discovery; and
    c. Alternative Dispute Resolution (Mediation).

**The deadlines set forth in this Order control pretrial procedure in this case and supersede any conflicting deadlines set forth in the CMO.**

III. **UNIFORM PRETRIAL PROCEDURE**

    A. **Exhibits and Witnesses.** On the last business day no later than **120 DAYS PRIOR TO CALENDAR CALL**, the parties shall exchange lists of all trial exhibits, names and addresses of all trial witnesses, and names and addresses of all expert witnesses.

    B. **Rebuttal Witnesses.** On the last business day no later than **60 DAYS PRIOR TO CALENDAR CALL**, the parties shall exchange lists of names and addresses of all

Page **1** of 6

rebuttal witnesses.

C. **Discovery Cutoff.** Unless otherwise agreed in the Pre-Trial Stipulation, all discovery must be completed no later than **10 DAYS BEFORE THE DATE SET FOR CALENDAR CALL**, absent agreement for later discovery specifically stated in the Pre-Trial Stipulation or for other good cause shown.

D. **Meet and Confer.** On the last business day no later than **30 DAYS PRIOR TO CALENDAR CALL**, the parties shall confer and:

 1. discuss settlement;
 2. simplify the issues and stipulate, in writing, as to as many facts and issues as possible;
 3. prepare a Pre-Trial Stipulation in accordance with paragraph E; and
 4. list all objections to trial exhibits.

E. **Filing of Pretrial Stipulation.** It shall be the duty of counsel for the Plaintiff to see that the Pre-Trial Stipulation is drawn, executed by counsel for all parties, and filed with the Clerk no later than **20 DAYS PRIOR TO CALENDAR CALL**. Unilateral pretrial statements are disallowed, unless approved by the Court, after notice and hearing showing good cause. Counsel for all parties are charged with good faith cooperation in this regard. The Pre-Trial Stipulation shall contain in separately numbered paragraphs:

 1. a list of all pending motions including Motions *In Limine* And *Daubert* Motions requiring action by the Court and the dates those motions are set for hearing (Motions *In Limine* And *Daubert* Hearings shall not be heard the day of trial or thereafter.)
 2. stipulated facts which require no proof at trial which may be read to the trier of fact;
 3. a statement of all issues of fact for determination at trial;
 4. each party's numbered list of trial exhibits with specific objections, if any, to schedules attached to the Stipulation;
 5. each party's numbered list of trial witnesses with addresses (including all known rebuttal witnesses); the list of witnesses shall be on separate schedules attached to the Stipulation;
 6. a statement of estimated trial time;
 7. names of attorneys to try case; and
 8. number of peremptory challenges per party.

Failure to file the Pre-Trial Stipulation or a Court Approved Unilateral Stipulation as above provided may result in the case being stricken from the Court's calendar at its sounding or other sanctions.

F. **Required Expert Disclosure** In addition to names and addresses of each expert retained to formulate an expert opinion with regard to this cause, both on the initial listing and on rebuttal, the parties shall provide:

 1. the subject matter about which the expert is expected to testify;
 2. the substance of the facts and opinions to which the expert is expected to

testify;

3. a summary of the grounds for each opinion;

4. a copy of any written reports issued by the expert regarding this case; and

5. a copy of the expert's curriculum vitae.

G. **Additional Exhibits, Witnesses Or Objections.** At trial, the parties shall be strictly limited to exhibits and witnesses disclosed and objections reserved on the schedules attached to the Pre-Trial Stipulation prepared in accordance with paragraphs D and E, absent agreement specifically stated in the Pre-Trial Stipulation or order of the Court upon good cause shown. Failure to reserve objections constitutes a waiver. A party desiring to use an exhibit or witness discovered after counsel have conferred pursuant to paragraph D shall immediately furnish the Court and other counsel with a description of the exhibit or with the witness' name and address and the expected subject matter of the witness' testimony, together with the reason for the late discovery of the exhibit or witness. Use of the exhibit or witness may be allowed by the Court for good cause shown or to prevent manifest injustice.

H. **Pre-Trial Conference.** No pre-trial conference pursuant to Fla. R. Civ. P. 1.200 is set by the Court on its own motion. If a pre-trial conference is set upon motion of a party, counsel shall meet and prepare a stipulation pursuant to paragraphs A and B and file the stipulation no later than **5 DAYS BEFORE THE CONFERENCE**. Failure to request a pre-trial conference in a timely fashion constitutes a waiver of the notice of requirement of Rule 1.200. Motions for Summary Judgment will not be heard at any pre-trial conference.

I. **Unique Questions Of Law.** Prior to calendar call, counsel for the parties are directed to exchange and simultaneously submit to the Court appropriate memoranda with citations to legal authority in support of any unique legal questions which may reasonably be anticipated to arise during the trial.

J. **Pre-Marking Exhibits.** Prior to trial, each party shall meet with and assist the clerk in marking for identification all exhibits, as directed by the clerk.

K. **Deposition Designations.** No later than **20 DAYS PRIOR TO CALENDAR CALL**, each party shall serve his, her, or its designation of depositions, or portions of depositions, each intends to offer as testimony in his, her or its case in chief. No later than **10 DAYS PRIOR TO CALENDAR CALL**, each opposing party shall serve his, her, or its counter (or "fairness") designations to portions of depositions designated, together with objections to the depositions, or portions thereof, originally designated. No later than calendar call, each party shall serve his, her or its objections to counter designations served by an opposing party.

IV. **MEDIATION**

A. All parties are required to participate in mediation. The following shall apply to mediation:

1. The appearance of counsel who will try the case and representatives of each party with full authority to enter into a complete compromise and settlement is mandatory. If insurance is involved, an adjuster with authority up to the policy limits or the most recent demand, whichever is lower, shall attend.

Case No. 50-2023-CA-011704-XXXX-MB

2. At least one week prior to a scheduled mediation conference, all parties shall file with the mediator a brief, written summary of the case containing a list of issues as to each party. If an attorney or party filing the summary wishes its content to remain confidential, he/she must advise the mediator in writing when the report is filed.

3. All discussions, representations, and statements made at the mediation conference shall be privileged consistent with Florida Statutes sections 44.102 and 90.408.

4. The mediator has no power to compel or enforce a settlement agreement. If a settlement is reached, it shall be the responsibility of the attorneys or parties to reduce the agreement to writing and to comply with Florida Rule of Civil Procedure 1.730(b), unless waived.

B. The Plaintiff's attorney shall be responsible for scheduling mediation. The parties should agree on a mediator. If they are unable to agree, any party may apply to the Court for appointment of a mediator in conformity with Rule 1.720 (f), Fla. R. Civ. P. The lead attorney or party shall file and serve on all parties and the mediator a Notice of Mediation giving the time, place, and date of the mediation and the mediator's name.

C. **Completion of mediation prior to calendar call is a prerequisite to trial**. If mediation is not conducted, or if a party fails to participate in mediation, the case, at the Court's discretion, may be stricken from the trial calendar, pleadings may be stricken, and other sanctions may be imposed.

D. Any party opposing mediation may proceed under Florida Rule of Civil Procedure 1,700(b).

V. <u>**NONCOMPLIANCE**</u>

**NONCOMPLIANCE WITH ANY PORTION OF THIS ORDER MAY RESULT IN THE STRIKING OF THE CASE, WITNESSES, OR EXHIBITS, OR IMPOSITION OF SUCH OTHER SANCTIONS AS ARE JUST.**

**DONE AND ORDERED** in West Palm Beach, Palm Beach County, Florida.

50-2023-CA-011704-XXXX-MB   08/14/2023
Richard L. Oftedal   Senior Judge

50-2023-CA-011704-XXXX-MB   08/14/2023
Richard L. Oftedal
Senior Judge

**COPIES TO:**

| | | |
|---|---|---|
| MARTIAN SALES INC | No Address Available | No E-mail Address Available |
| NATALIE SMITH | No Address Available | godisjoy67@gmail.com |
| NATALIE SMITH | 6311 NW 47 COURT CORAL SPRINGS, FL 33067 | GODISJOY67@GMAIL.COM |

Case No. 50-2023-CA-011704-XXXX-MB



Case No. 50-2023-CA-011704-XXXX-MB

## <u>EXHIBIT A - CASE INFORMATION SHEET FOR CALENDAR CALL</u>

One case information sheet per case jointly submitted to
the divisional email at <u>CAD-DivisionAK@pbcgov.org</u> on your
calendar call date.

Short Style:_____v._____, Case No.:_____

Lead Attorneys: Plaintiff:_____, Phone:_____

Defendant:_____, Phone:_____

Primary Case Contact[1]:_____, Phone:_____

Anticipated Length of Trial:_____ Date Mediated:_____

Date Pre-Trial Stipulation filed_____ Jury Instructions ready: Yes/No

Any non-compliance with pre-trial order: Yes/No - if yes, what_____

_____

Outstanding Motions: Yes/No          If yes, already set for hearing: Yes/No

If no, Motions:_____ Time needed:_____

Time requested for voir dire, if more than one hour per side:_____

Number of jurors:_____

Trial Conflicts (Plaintiff and Defendant)*:

Week 1: _____

Week 2: _____

Week 3: _____

Week 4: _____

Week 5: _____

Week 6 (if applicable): _____

Week 7 (if applicable): _____

Other matters for the Court: _____

_____

_____

[1]Name and phone number of person (usually Plaintiff's assistant) that the Court (usually the Judicial Assistant) can contact that will pass on notice to all parties.

NOT A CERTIFIED COPY

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

NATALIE SMITH, as

Personal Representative of the ESTATE OF CHAD SMITH,

CASE NO: 50-2023CA011704XXXXMB

on behalf of the Estate and his Survivors,

Plaintiff,

vs.

MARTIAN SALES, INC., a Wyoming corporation,

Defendant

## NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESS

The undersigned attorney hereby gives notice to the court and the parties of his appearance on behalf of Plaintiff  NATALIE SMITH, as Personal Representative of the ESTATE OF CHAD SMITH, and requests that copies of all pleadings and other papers be served upon him at the address set forth below.

The undersigned, pursuant to Florida Rule of Judicial Administration 2.516(b)(1)(A), designates the following e-mail addresses upon which service in this proceeding must be directed:

Primary E-Mail Address:     john@clarkelawpa.com
Secondary E-Mail Address:  clarkelaweservice@gmail.com

**/s/ John Clarke** Florida Bar. No. 0118610
August 30, 2023

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the Florida electronic court portal on August 30, 2023.
**/s/ John Clarke**
**Clarke Law, P.A.**
1975 E. Sunrise BL. Suite 524
Fort Lauderdale, FL 33304
Phone: (305) 467-5560
john@clarkelawpa.com

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

NATALIE SMITH, as
Personal Representative of the ESTATE
OF CHAD SMITH,
on behalf of the Estate and his
Survivors,

|  |  |
|---|---|
| CASE NO:  50-2023CA011704XXXXMB | |

Plaintiff,
vs.

MARTIAN SALES, INC., a Wyoming
corporation,
Defendant

## AMENDED
## COMPLAINT FOR WRONGFUL DEATH

### I.    INTRODUCTION

This is a product liability  and negligence action against the manufacturer of a product

that contains kratom, a dietary supplement with known health risks. Plaintiff,

NATALIE SMITH, as Personal Representative of THE ESTATE OF CHAD SMITH

and on behalf of his estate and his survivors, sues Defendant MARTIAN SALES, INC.,

and alleges as follows:

### II.    STATEMENT OF PARTIES

1.      The ESTATE OF CHAD SMITH (hereinafter "the Estate") has been

opened in a probate action by the Circuit Court of Palm Beach County (CASE

NUMBER PRC220090245).

1

NOT A CERTIFIED COPY

2.      Chad Smith (hereinafter "Chad") was the father of Eliana Vicini ("Eliana"), who was eighteen years old at the time of his death, and is his sole surviving heir.

3.      NATALIE SMITH (hereinafter "Natalie"), Chad's mother, was duly appointed by the Palm Beach County Probate Court, as Personal Representative of the Estate. (See Letters of Administration, attached as **Exhibit A**).

4.      At all material times, Natalie has been a resident of the state of Florida. She brings this claim on behalf of the Estate and Chad's surviving daughter, Eliana.

5.      Defendant MARTIAN SALES INC. (hereinafter "MARTIAN SALES"), is a foreign corporation domiciled in the state of Wyoming. At all material times to this lawsuit, Defendant MARTIAN  SALES engaged in the marketing, sale, and distribution of Kratom products to consumers nationwide, including consumers in Florida. Defendant MARTIAN SALES INC. Marketed, sold , and distributed its products under several brand names, including O.P.M.S. Gold and Remarkable Herbs.

6.      At all material times, Defendant MARTIAN SALES sold its products, including O.P.M.S. Gold Liquid Kratom Extract and Remarkable Herbs Maeng Da Kratom White Vein Mitragyna Speciosa 20 Ounce powder,  to smoke shops in South Florida for the purpose of retail sale to  consumers.

7.      At all material times, Defendant MARTIAN SALES marketed, packaged, and distributed its products,  including O.P.M.S. Gold Liquid Kratom Extract and Remarkable Herbs Maeng Da Kratom White Vein Mitragyna Speciosa

20 Ounce powder ,through its own websites, including https://opmkratom.com/, as well as websites of affiliates and third-party distributors.

8.      At all material times, Defendant MARTIAN SALES maintained strong and continuous business ties to the state of Florida.

### III.    JURISDICTION AND VENUE

9.      The Palm Beach County Court has jurisdiction over the parties as the decedent died in Palm Beach County while domiciled here.  Also, Defendant MARTIAN SALES had strong and continuous business ties to Palm Beach County, Florida at all material times to this lawsuit.

10.     This action is for damages in excess of fifty thousand dollars ($50,000.00),  therefore the Circuit Division  of this court has jurisdiction of this case.

11.     Venue is proper in Palm Beach County as Chad's death occurred in this county and Defendant MARTIAN SALES has at all material times continuously conducted business here.

### IV.    STATEMENT OF FACTS

#### A.    Kratom is a deadly drug that is being marketed as a dietary supplement in the United States.

12.     Kratom is an herbal extract from the leaves of *Mitragyna speciosa*, a tropical tree native to Southeast Asia.

13.     The nature and extent of Kratom's impact upon human physiology is the topic of ongoing study.

3

14.     Although not formally classified as an opiate, Kratom contains dozens of psychoactive compounds or alkaloids, many of which are not understood.

15.     The two (2) most-studied alkaloids are mitragynine and 7-hydroxymitragynine. These two alkaloids bind to the same opioid brain receptors as morphine. Like opiates, these compounds induce physiological effects of euphoria, sedation, and analgesia.

16.     Kratom's serious health risks include dependence, addiction, overdose, and death.[1] Scientific literature documents serious concerns regarding the toxicity of Kratom in multiple organ systems. Consumption of Kratom can lead to many adverse health impacts, including nausea, vomiting, itching, sweating, dry mouth, constipation, increased urination, tachycardia, drowsiness, anorexia, weight loss, insomnia, hepatotoxicity, seizures, and hallucinations.

---

[1]  See FDA News Release, FDA issues warnings to companies selling illegal, unapproved kratom drug products (https://www.fda.gov/news-events/press-announcements/fda-issues-warnings-companies-selling-illegal-unapproved-kratom-drug-products-marketed-opioid) (last accessed Nov. 1, 2022); see also DOJ DEA Drug Fact Sheet – Kratom (https://www.dea.gov/sites/default/files/2020-06/Kratom-2020_0.pdf) (last accessed Nov. 1, 2022).

17.     Kratom is not approved for medical purposes and Kratom is illegal in several states and cities, including: Alabama, Arkansas, Indiana, Rhode Island, Vermont, Wisconsin; San Diego, California; Denver, Colorado; Sarasota County, Florida; Jerseyville, Illinois; and Union County, Mississippi.

18.     The United States Food and Drug Administration has concluded that use of kratom as a dietary supplement is unsafe and the marketing of kratom dietary supplements illegal. According to FDA guidance from 2019 (and currently in effect), "kratom is not appropriate for use as a dietary conventional supplement.... Dietary supplements that contain kratom are adulterated under section 402(f)(1)(B) of the FD and C Act" [2]

19.     The FDA has issued numerous warnings against the use of products containing Kratom and its psychoactive compounds and has taken action against those who illegally sell the product for pain treatment and other medical uses.[3]

20.     Nonetheless, products containing Kratom are sold online and at numerous retail outlets throughout the country, including gas stations, vape shops, and head shops.

---

[2] See FDA Statement https://www.fda.gov/news-events/public-health-focus/fda-and-kratom.

[3] See FDA Statement, Statement from FDA Commissioner Scott Gottlieb, M.D. on FDA advisory about deadly risks associated with Kratom (https://www.fda.gov/news-events/press-announcements/statement-fda-commissioner-scott-gottlieb-md-fda-advisory-about-deadly-risks-associated-kratom) (last accessed Nov. 1, 2022).

NOT A CERTIFIED COPY

21.     Companies and individuals that produce and sell Kratom, including Defendant MARTIAN SALES, design and market Kratom products, including liquid shots capsules, and powders that are dissolvable in liquid, as untested medicines and dietary supplements.

22.     In fact, Defendant MARTIAN SALES copyrighted its O.P.M.S. Gold Liquid Kratom Extract, one of the products that caused CHAD's death, as a medicine/pharmaceutical preparation (See **Exhibit B**).

23.     Due to kratom's addictive properties, and the kratom industry's flouting of consumer protection laws, kratom use has expanded exponentially in the United States in the last ten years. A 2019 report from the American Association of Poison Control Centers (AAPCC) noted that there was a 52-fold increase in kratom use, based on reports of intoxication,  between the years 2011 to 2017.

24.     As kratom use has increased,  many consumers have paid the ultimate price.  Over 18 months in 2016 and 2017, 152 overdose deaths involving kratom were reported in the United States, with kratom as the primary overdose agent in 91 of the deaths.

25.     Defendant MARTIAN SALES has misrepresented and misled consumers about the risks of Kratom by failing to provide any information about the known risks of use of kratom on the labels of its products, which led to Chad's tragic death.

26.     Defendant MARTIAN SALES has also made affirmative misrepresentations that kratom effectively treats anxiety on its website blog (https://opmswholesale.com/f/how-can-kratom-help-anxiety) despite the lack of

6

medical research to validate the claim and that, pursuant to FDA guidance, the marketing kratom as a drug is illegal.

**B.   Chad Smith suffered a preventable and untimely death caused by Kratom.**

27.   This case is about the unnecessary death of Chad Smith from kratom intoxication.

28.   At the time of his death, Chad was 37 years old and living with his fiancé, Christa Moore ("Christa"), and her mother  at 10102 Dahlia AV., Palm Beach Gardens, Florida.

29.   Chad had a daughter named Eliana Vicini, who was eighteen years old at the time of Chad's death.  She suffered from a mental disability since childhood and depended on Chad for financial and emotional support.

30.    Chad worked full time at Singer Island Health, a local addiction treatment center.

31.   Chad had a history of anxiety and depression that began in childhood. In spite of his struggles, Chad spoke at mental illness support groups and sought to help others overcome these issues.

32.   Chad's coworkers describe him as a role model to all patients and staff facing struggles with mental illness.

33.   In the weeks prior to his death, Chad had apparently begun purchasing and consuming Defendant MARTIAN SALES's kratom products.  Based on his bank statement (attached as **Exhibit C**), Chad purchased these products at at Pro Vape Shop, 230 S Cypress Rd A, of Pompano Beach, Florida, 33060.

34.     Defendant MARTIAN SALES's  failure to provide accurate information on the labeling of its kratom products, together with Defendant's false and misleading statements that kratom helps relieve anxiety led Chad to believe that Defendant's products were safe and effective for treating his anxiety.

35.     After returning home from dinner with Christa on the evening of August 9, 2021, Chad felt dizzy and went to his room to lie down.  When Christa emerged from the shower a few minutes later, she found Chad lying face down on his bed and unresponsive.

36.     Realizing something was wrong, she immediately called 911 for assistance.

37.     Emergency responders arrived within 15 minutes and, unable to resuscitate Chad, took him to Palm Beach Gardens Medical Center, where he was pronounced dead at 11:04 PM.

38.     Subsequently, police found a backpack in Chad's room that contained five bottles of O.P.M.S. Gold Liquid Kratom Extract and one bag of Remarkable Herbs Maeng Da Kratom White Vein Mitragyna Speciosa 20 Ounce powder.  The police took all these items into evidence (pictures attached as **Exhibit D**).

39.     Due to the nature of Chad's death, the Palm Beach County Medical Examiner, conducted an autopsy and toxicology analysis.   The toxicology analysis showed dose of mitragynine in Chad's blood of 3.349 mg/L, more 16 times the minimum lethal dose of 0.2 mg/L. This report also found trace amounts of fentanyl in his blood.  The medical examiner's opinion that fentanyl/kratom combo was the cause of Chad's death, and that both drugs act in concert, so it was impossible to

NOT A CERTIFIED COPY

8

assign more blame to one over another. (report attached as **Exhibit E**)

40.     Plaintiff brings this lawsuit within two (2) years of decedent's date of death.

## V.     DAMAGES AND CAUSES OF ACTION

41.     Chad's untimely kratom-induced death  caused or will cause the following  economic losses to the Estate of CHAD SMITH: Decedent's medical and funeral expenses, and  lost net accumulations of Decedent's earnings and savings to his estate.

42.     Chad's untimely kratom-induced death also caused and will cause his surviving daughter Eliana  to lose parental companionship, instruction, and guidance, financial support and services from her father, and to  endure pain and suffering.

43.     The Estate and its beneficiaries have incurred and will continue to incur enormous general and special damages in an amount to be determined by a jury.

44.     Plaintiff NATALIE SMITH, as Personal Representative of the Estate of CHAD SMITH, sues on behalf of both the estate and Chad's surviving daughter Eliana.

## COUNT ONE –STRICT LIABILITY FOR FAILURE TO WARN

45.     Plaintiff hereby re-alleges all allegations stated above.

46.     MARTIAN SALES was engaged in the business of promoting, manufacturing, distributing, and selling various Kratom products, including O.P.M.S. Gold Liquid Kratom Extract and Remarkable Herbs Maeng Da Kratom

9

White Vein Mitragyna Speciosa 20 Ounce powder, the products that caused Chad's untimely death.

47. The Kratom products that Chad purchased and ingested were expected to and did reach Chad without substantial change in condition since the time they left Defendants' hand.

48. MARTIAN SALES sold and distributed these Kratom products without placing information on the label regarding their known physiologic effects, recommended dosage, and known risks of dependence, overdose, and death associated with their consumption.

49. An ordinary consumer would reasonably conclude that MARTIAN SALES's Kratom products were unreasonably dangerous when sold without warnings or instructions about the known serious adverse health risks associated with their consumption, including overdose and death.Without bearing proper warnings and instructions, Defendant MARTIAN SALES's kratom products were unreasonably dangerous, unfit for their intended use, and highly dangerous and defective.

50. Defendant MARTIAN SALES's failure to place warnings on its labels as to the serious health risks posed by its kratom products and instructions for safe use proximately caused Chad to consume them, and ultimately, overdose and die.

51. MARTIAN SALES is strictly liable to Chad's estate for all the irreparable damages the estate and Chad's survivors have suffered due to its failure to provide adequate warnings and instructions for use on its unreasonably dangerous Kratom products.

## COUNT TWO –STRICT LIABILITY FOR DESIGN DEFECT

52.     Plaintiff hereby re-alleges all allegations stated above.

53.     At the time MARTIAN SALES manufactured O.P.M.S. Gold Liquid Kratom Extract and Remarkable Herbs Maeng Da Kratom White Vein Mitragyna Speciosa 20 Ounce powder, the kratom products that caused Chad's death, these items were unreasonably dangerous as designed.

54.     Under a Consumer Expectation analysis, an ordinary consumer would find these Kratom products to be unreasonably dangerous, considering the products' intrinsic nature,  severity of potential harm (including death),  high concentration of compounds known to cause serious health risks, lack of information on the labels concerning health risks and recommended dosages, and the cost and feasibility of minimizing these risks.

55.     Defendant's Kratom products, "O.P.M.S. Gold Liquid Kratom Extract " and "Remarkable Herbs Maeng Da Kratom White Vein Mitragyna Speciosa 20 Ounce powder", were being used by Chad on the day of his death for the purpose for which they were marketed and intended.

56.     As a direct and proximate result of the dangerous design defects in Defendant MARTIAN SALES's kratom products, however, Chad Smith overdosed and died, causing irreparable injury and damages to his family and  the ESTATE OF CHAD SMITH .

## COUNT THREE – NEGLIGENCE

11

57.     Plaintiff hereby re-alleges all allegations stated above.

58.     As manufacturer, distributor, and seller of Kratom, Defendant MARTIAN SALES, at all material times, had a duty to investigate the health effects of kratom's chemicals, and to design products that were safe for human consumption prior to placing its products into the stream of commerce.

59.     Defendant MARTIAN SALES  also had a duty to ensure that its Kratom products were not  adulterated or misbranded, and that the labels of these products contained information on safe use of the product, including warnings of health risks, recommended dosage, and instructions for use.

60.     Defendant MARTIAN SALES knew or should have known that the O.P.M.S. Gold Liquid Kratom Extract and Remarkable Herbs Maeng Da Kratom White Vein Mitragyna Speciosa 20 Ounce powder  kratom supplements that were sold to Chad were not FDA approved and were unreasonably dangerous for human consumption.  At the time these products were placed into the stream of commerce, there were FDA warnings that prohibited the sale of kratom products as dietary supplements and ample medical literature that identified health risks associated with the consumption of kratom products.

61.     Defendant MARTIAN SALES knew or should have known that the kratom products that were purchased by Chad were adulterated pursuant to FDA guidance, lacked warning labels and dosage instructions, and carried serious risks of injury and death to consumers, including Chad Smith.

62.     Defendant MARTIAN SALES breached its duty of care to consumers in designing, marketing, and selling kratom products, including O.P.M.S. Gold Liquid

Kratom Extract and Remarkable Herbs Maeng Da Kratom White Vein Mitragyna Speciosa 20 Ounce powder, in the following ways:

a.   Defendant placed into the stream of commerce products made from a plant that contained many chemicals with unknown health risks.

b.   Defendant designed and placed into the stream of commerce kratom products, which contained  a higher concentration of mitragynine and 7- hydroxymitragynine, chemical constituents known to cause addiction and death, than are contained in a standard extract of kratom leaves.

c.   Defendant designed and placed into the stream of commerce kratom products for the purpose of human consumption that it knew or should have known were illegal to sell as dietary supplements under the Food, Drug and Cosmetic Act.

d.   Defendant developed and sold its O.P.M.S. Gold Liquid Kratom Extract, the product that led to Chad's death, in such a small bottle that the disclaimer on it is too tiny to be legible to the average consumer.

e.   Defendant failed to put on the products' labels any warnings of known serious health risks associated with their use, recommended dosages, or instructions for use.

f.   Defendant negligently misrepresented that its kratom products effectively treat anxiety on its blog.

63.     Defendant MARTIAN SALES's negligent manufacture, sale, and marketing of its kratom products were proximate causes of Chad's death, and caused irreparable damage to his family and his estate.

## COUNT FOUR –FRAUDULENT MISREPRESENTATION

64.   Plaintiff hereby re-alleges all allegations stated above

65.     Defendant MARTIAN SALES  intentionally concealed known material facts to Chad about O.P.M.S. Gold Liquid Kratom Extract and Remarkable Herbs Maeng Da Kratom White Vein Mitragyna Speciosa 20 Ounce powder, including but not limited to:

   a.   The health risks associated with regular consumption of Kratom products.

   b.    Information regarding adverse events associated with Kratom products.

   c.   The risk of addiction, overdose, and death associated with Kratom products.

   d.   The fact that the products contained a higher concentration of mitragynine and 7- hydroxymitragynine, chemical constituents known to cause addiction and death, than are contained in a standard extract of kratom leaves.

   e.   The fact that it was illegal to sell the products as dietary supplements and their use for that purpose was deemed unsafe by the FDA.

14

66. Defendant made a fraudulent misrepresentation on its's website blog that kratom was effective for treating anxiety even though Defendant knew there was no medical evidence to support this claim.

67. The above-stated material omissions by Defendant MARTIAN SALES were made with the intent to persuade and induce Chad and other consumers to regularly consume its kratom products.

68. Chad relied upon and was induced to act in reliance on Defendant MARTIAN SALES's misrepresentations and omissions when he in fact purchased and consumed Defendant's Kratom products under the assumption that the products were safe  dietary supplements and that said products could relieve his anxiety.

69. As a direct and proximate result of Defendant MARTIAN SALES fraudulent misrepresentations and omissions, Chad Smith died from consuming Defendant's dangerous kratom products, which caused irreparable injury to his surviving family and his estate.

**COUNT FIVE –NEGLIGENCE PER SE PURSUANT TO VIOLATIONS OF THE FOOD, DRUG, AND COSMETICS ACT AND DIETARY SUPPLEMENT HEALTH AND EDUCATION ACT**

70. Plaintiff hereby re-alleges all allegations stated above

71. Defendant MARTIAN SALES markets, sells, and distributes dietary supplements containing mitragyna speciosa (a/k/a Kratom), in powder, liquid, and capsule form.

72. As a plant, Kratom is botanical and, therefore, a dietary ingredient within the meaning of 21 U.S.C. § 321(ff)(1)(C).

73. Kratom was not marketed as a dietary ingredient in the United

15

States prior to October 15, 1994; therefore, it is a new dietary ingredient within the meaning of 21 U.S.C. § 350b(d).

74.     The Federal Food, Drug, and Cosmetic Act ("FDCA") and the Dietary Supplement Health and Education Act - (DSHEA) (both contained in 21 U.S.C. Chapter 9) require manufacturers who wish to market dietary supplements that contain "new dietary ingredients" to prepare and submit a Premarket Notification to the FDA about these ingredients. Products containing Kratom are deemed adulterated unless the manufacturer or distributor has complied with the mandate of 21 U.S.C. § 350b(a)(2).

75.     This mandate requires (1) a premarket substantiation that the Kratom product is reasonably expected to be safe; and (2) a premarket NDI Notification that properly documents the evidence that the Kratom product is reasonably expected to be safe.

76.     Furthermore, pursuant to 21 U.S.C. § 331, the following are prohibited acts under the FDCA:

    a.     The introduction or delivery for introduction into interstate commerce of any food, drug, device, tobacco product, or cosmetic that is adulterated or misbranded.

    b.     The adulteration or misbranding of any food, drug, device, tobacco product, or cosmetic in interstate commerce.

    c.     The receipt in interstate commerce of any food, drug, device, tobacco product, or cosmetic that is adulterated or misbranded, and the delivery or proffered delivery thereof for pay or

16

otherwise....

      d.     The manufacture within any Territory of any food, drug, device,

               tobacco product, or cosmetic that is adulterated or misbranded.

21 U.S.C. § 331.

    77.    According to the FDCA, a dietary supplement, such as kratom, is classified as a special category of food. Pursuant to this act, a food shall be deemed misbranded if "(1) its labeling is false or misleading in any particular, or (2) its advertising is false or misleading in a material respect or is in violation of Section 350(b)(2) 4 of this title." 21 U.S.C. § 343(a).

    78.    A food is deemed misbranded if in package form unless it bears a label containing "(1) the name and place of business of the manufacturer, packer, or distributor; and (2) an accurate statement of the quantity of the contents in terms of weight, measure, or numerical count." 21 U.S.C. § 343(e).

    79.    Defendant MARTIAN SALES violated all above-referenced statutes by failing to notify the FDA of Kratom's ingredients before marketing and placing Kratom products into interstate commerce and by failing to undergo premarket substantiation to establish that Kratom is reasonably expected to be safe, and mislabeling and misbranding their Kratom products.

    80.    Defendant MARTIAN SALES also violated the above statutes by failing to place on the labels of its O.P.M.S. Gold Liquid Kratom Extract and Remarkable Herbs Maeng Da Kratom White Vein Mitragyna Speciosa 20 Ounce powder the location of its principal place of business.

    81.    The statutory standards mentioned above are designed to protect

consumers from the harms of unsafe dietary supplements, including adverse health impacts, overdose, and death.

82.     Chad was a member of the class of consumers of dietary supplements that the aforementioned statutes were designed to protect from harm.

83.     Chad's untimely death from use of Defendant MARTIAN SALES's kratom products was the type of harm that the aforementioned statutes were designed to prevent.

84.     Therefore, Defendants MARTIAN SALES's violations of the aforementioned federal laws constitute negligence per se.

The rest of this page intentionally left blank.

## VI.    PRAYER FOR RELIEF AND DEMAND FOR JURY TRIAL

**WHEREFORE**, the ESTATE OF CHAD SMITH, by and through its Personal Representative, NATALIE SMITH, and on behalf of all its beneficiaries, respectfully requests:

      A.  A jury be impaneled to hear all claims stated in this complaint which it can try;

      B.  Judgment against Defendant MARTIAN SALES for wrongful death, and for general, and special damages in an amount to be proven at trial;

      C.  Reasonable attorney's fees and costs; and

      D.  Such other relief as the Court deems appropriate.

Respectfully submitted on August 30, 2023, by

**/s/ John Clarke**

### Certificate of Service

        I hereby certify that a true and correct copy of the foregoing has been served on the Florida Court Electronic Portal on this 30th day of August, 2023 and that, on the same day, a copy has been mailed by U.S. mail to Wyoming Registered Agents, 1621 Central Av. , Cheyenne, WY, 82001, the registered agent for Defendant MARTIAN SALES

John Clarke Esq., Attorney for Plaintiff

Florida Bar Number.: 118610

**Clarke Law P.A.**

1975 East Sunrise Blvd. Suite 626, Fort Lauderdale Florida 33304

Telephone: (305)467-5560

Primary e-mail address: john@clarkelawpa.com

Secondary e-mail address: clarkelaweservice@gmail.com

In the Board of County Commission
Broward County Commission

## EXHIBIT A

Filing # 168249041 E-Filed 03/07/2023 07:22:28 PM

## IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. **PRC220000245**   DIVISION: **60J**   JUDGE: **Lopane, Nicholas (60J)**

In Re: Estate of: Smith, Chad Ronald

_____/

### LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN

    WHEREAS CHAD RONALD SMITH, a resident of Broward County, Florida died on August 9, 2021 owning assets in the State of Florida, and

    WHEREAS NATALIE SMITH has been appointed Personal Representative of the Estate of CHAD RONALD SMITH and has performed all acts prerequisite to issuance of Letters of Administration in the Estate.

    NOW, THEREFORE I, the undersigned Circuit Judge declare NATALIE SMITH to be duly qualified under the laws of the State of Florida to act as Personal Representative of the Estate of CHAD RONALD SMITH, deceased with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to the law.

**DONE AND ORDERED** in Chambers at Broward County, Florida on 7th day of March, 2023.

PRC220000245 03-07-2023 11:20 AM

PRC220000245 03-07-2023 11:20 AM
Hon. Nicholas Lopane
**CIRCUIT COURT JUDGE**
Electronically Signed by Nicholas Lopane

**Copies Furnished To:**
    , E-mail : lindquistesq@aol.com
Marian Audrey Lindquist , E-mail : lindquistlaw@aol.com

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN, CLERK 03/07/2023 07:22:28 PM.****

| Mark Text | Image | Register | NICE classifications | Registration Date | Expiry Date |
|---|---|---|---|---|---|
| O.P.M.S. OPTIMIZED PLANT MEDIATED SOLUTIONS GOLD |  | United States Patent and Trademark Office | 5 | 2021-01-26 | details |
| O.P.M.S. OPTIMIZED PLANT MEDIATED SOLUTIONS |  | United States Patent and Trademark Office | 5 | 2021-01-26 | details |
| O.P.M.S. OPTIMIZED PLANT MEDIATED SOLUTIONS SILVER |  | United States Patent and Trademark Office | 5 | 2021-01-26 | details |

NOT A CERTIFIED COPY

O.P.M.S.: Martian Sales, Inc. Trademark Registration

Research

W (https://en.wikipedia.org/w/index.php?search=%22O.P.M.S.%22)
(https://twitter.com/search?q=%22O.P.M.S.%22)
(https://nitter.domain.glass/search?f=tweets&q=%22O.P.M.S.%22)
(https://translate.google.com/#view=home&op=translate&sl=auto&tl=en
&text=O.P.M.S.)  (https://www.wolframalpha.com/input/?i=O.P.M.S.)
OneLook (https://www.onelook.com/?w=%22O.P.M.S.%22) Acronym
Finder (https://www.acronymfinder.com/~/search/af.aspx?
Acronym=%22O.P.M.S.%22&string=exact)

| | |
|---|---|
| Serial Number | 88444263 |
| Registration Number | 5942734 |
| Mark Literal Elements | O.P.M.S. |
| Mark Drawing Type | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| Mark Type | TRADEMARK |
| Standard Character Claim | No |
| Register | PRINCIPAL |
| Current Location | PUBLICATION AND ISSUE SECTION 2019-12-24 |
| Basis | 1(a) |
| Class Status | ACTIVE |
| Primary US Classes | 006: Chemicals and Chemical Compositions |
| | 018: Medicines and Pharmaceutical Preparations |
| | 044: Dental, Medical and Surgical Appliances |
| | 046: Foods and Ingredients of Foods |
| | 051: Cosmetics and Toilet Preparations |
| | 052: Detergents and Soaps |
| Primary International Class | 005 - Primary Class |
| | (Pharmaceuticals) Pharmaceutical, veterinary and sanitary preparations; dietetic substances adapted for medical use; food for babies; plasters, materials for dressings; material for stopping teeth, dental wax; disinfectants; preparations for destroying vermin; fungicides, herbicides. |
| Filed Use | Yes |
| Current Use | Yes |
| Intent To Use | No |
| Filed ITU | No |
| 44D Filed | No |

*TRADEMARK DECEPTION* (handwritten annotation)

*NOT A CERTIFIED COPY* (handwritten watermark)

EXHIBIT C

# CHASE○

June 19, 2021 through July 21, 2021

Account Number: ▮▮▮▮▮▮▮▮▮

## !TRANSACTION DETAILj:__con_ti_nued_

| DATE | DESCRIPTION | AMOUNT | BAI |
|------|-------------|--------|-----|
| 06/21 | Card Purchase With Pin  06/21 Shell Service Statio Palm Beach GA FL Card 9705 | -37.45 | |
| 06/21 | Card Purchase With Pin  06/21 Coastline Vapor LLC Jupiter FL Card 9705 | -21.40 | |
| 06/21 | Card Purchase With Pin  06/21 Shell Service Statio Palm Beach GA FL Card 9705 | -39.64 | |
| 06/21 | Card Purchase With Pin  06/21 Publix Super Mar 990 Palm Beach GA FL Card 9705 | -44.36 | 2 |
| 06/21 | Card Purchase With Pin  06/21 Shell Service Statio Palm Beach GA FL Card 9705 | -11.37 | 2 |
| 06/22 | Card Purchase      06/20 Buongiomo Pizza & P Palm Beach GA FL Card 9705 | -53.47 | 2 |
| 06/22 | Card Purchase      06/22 Tst* Berry Fresh Cafe - Jupiter FL Card 9705 | -34.20 | |
| 06/22 | Card Purchase With Pin  06/22 7-Eleven Coral Springs  FL Card 9705 | -13.20 | |
| 06/22 | Card Purchase With Pin  06/22 Chevron/Hallman<Pet Coconut Creek FL Card 9705 | -20.32 | |
| 06/22 | Card Purchase Wrth Pin  06/22 ?-Eleven Deerfield Bea FL Card ▮▮▮▮ | -6.53 | |
| 06/23 | Zelle Payment From Victoria E Allen 12032492949 | 400.00 | 5 |
| 06/23 | Card Purchase      06/22 Paypal *Pypl Payin4 888-221-1161 CA Card 9705 | -11.25 | 5 |
| 06/23 | Card Purchase      06/22 Paypal *Pypl Payin4 888-221-1161 CA Card 9705 | -8.00 | 5 |
| 06/23 | Card Purchase      06/22 Paypal *Pypl Payin4 888-221-1161 CA Card 9705 | -11.25 | 5 |
| 06/23 | Acorns Invest    Transfer   Nnlihr       Web ID: ▮▮▮▮▮ | -11.98 | 4 |
| 06/23 | Card Purchase  With Pin  06/23 Racetrac2410  Lake Pari< FL  Card ▮▮▮ | -1.70 | 4 |
| 06/23 | Card Purchase Wrth Pin  06/23 Racetrac2410  Lake  Pari< FL  Card ▮▮▮ | -40.60 | |
| 06/23 | Card Purchase With Pin  06/23 Advance Auto PA Palm Beach GA FL Card 9705 | -22.45 | |
| 06/24 | Card Purchase      06/22 Pro Vapor Deerfield Bea FL Card ▮▮▮▮ | -64.05 | |
| 06/24 | Card Purchase      06/23 LA Fitness Pbg Donal Palm Beach GA FL Card 9705 | -5.35 | 3 |
| 06/24 | Card Purchase      06/23 Shell Oil 1000865100 Palm Beach GA FL Card 9705 | -42.64 | 3 |
| 06/24 | Card Purchase With Pin  06/24 Chevron/#322 Northla Palm Beach GA FL Card 9705 | -4.18 | 3 |
| 06/24 | Card Purchase With Pin  06/24 Advance Auto PA Palm Beach GA FL Card 9705 | -19.25 | 2 |
| 06/25 | Recurring Card Purchase 06/24 Cricket Wireless 855-246-2461 FL Card 9705 | -88.00 | 2 |
| 06/25 | Card Purchase      06/24 Pelican Car Wash - N North Palm Be FL Card 9705 | -8.55 | |
| 06/25 | Card Purchase With Pin  06/25 Shell Service Statio Palm Beach GA FL Card 9705 | -40.65 | |
| 06/25 | Card Purchase With Pin  06/25 Sunoco 08462657 Palm Beach GA FL Card 9705 | -5.45 | |
| 06/28 | Card Purchase With Pin  06/26 Shell Service Statio Palm Beach GA FL Card 9705 | -40.65 | |
| 06/28 | Card Purchase      06/26 Dunkin #310288 Q35  Pim  Bch Grnds FL Card 9705 | -2.55 | |
| 06/28 | Card Purchase      06/26 Jiffy Lube #2605 North Palm  Be FL  Card 9705 | -79.79 | |
| 06/28 | Card Purchase With Pin  06/27 Shell Service Statio  Palm Beach GA FL Card 9705 | -7.71 | |
| 06/28 | Card Purchase Wdh Pin  06/27 Racetrac2410  lake Pari< FL Card 9705 | -7.78 | |
| 06/28 | Card Purchase With Pin 06/27 Racetrac2410 Lake Pari< FL Card 9705 | -12.21 | |
| 06/28 | Acorns Invest    Transfer   FT01Lr       Web ID: ▮▮▮▮▮ | -8.06 | |

Vape Store Sells Kratom

Vape Store Sells Kratom

NOT A CERTIFIED COPY

# CHASE○

June 19, 2021 through July 21, 2021

Account Number: ▮▮▮▮▮▮▮▮▮

## jTRANSACTION *DETAIL* (*co_ntt_·nu_ed*?

| DATE | DESCRIPTION | AMOUNT | BAl |
|------|-------------|--------|-----|
| 06/28 | Insufficient Funds Fee For **A $8.06** Item - Details: Acorns Invest  Transfer FT01Lr     Web ID: **9000142693** | -34.00 | |
| 015/30 | Recurring Corel Purcha e 00/2S Apple.Com/Bill 866-712-7753 CA Card 9705 | -11.06 | |
| 06/30 | Insufficient Funds Fee For A $11.06 Recurring Card Purchase - Details: 0629Apple.Com/Bill 866-712-7753 CA          0##-##########4▮▮▮▮ 00 | -34.00 | |
| 07/01 | Zelle Payment From Victoria E  Allen 12088707944 | **1,000.00** | 9 |
| 07/01 | Gasbuddy           Gasbuddy           PPD ID: 1462016638 | **0.01** | 9 |
| 07/01 | Gasbuddy           Gasbuddy           Ikqkmvv97 Web ID: 1462016638 | **-0.01** | 9 |
| 07/01 | Card Purchase With Pin  07/01 Shell Service Statio Palm Beach GA FL Card 9705 | -40 86 | 8 |
| 07/01 | Paypal           Echeck           Web ID: Paypalec88 | -305 40 | 5 |
| 07/02 | Card Purchase           07/01 The Jewelry Doctor Palm Beach GA FL Card 9705 | -53 SO | 5, |
| 07/02 | Card Purchase           07/01 Shell Oil 1000865100 Palm Beach GA FL Card 9705 | -4.12 | 5 |
| 07/02 | Recurring Card Purchase 07/02 Klama Inc Klama.Com OH Card 9705 | -66 97 | 4 |
| 07/02 | Card Purchase With Pin  07/02 Shell Service Statio Palm Beach GA FL Card 9705 | .37 45 | 4 |
| 07/02 | Card Purchase With Pin  07/02 Shell Service Statio Palm Beach GA FL Card 9705 | -58 84 | 3 |
| 07/06 | Card Purchase           07/03 Valuepawnjewelry  114 Pompano Beach FL Card 9705 | -62.50 | 2 |
| 07/06 | Card Purchase           07/03 Pro Vapor Pompano Beach FL Card 9705 | | |
| 07/06 | Card Purchase With Pin  07/03 Shell Service Statio Coconut Creek FL Card 9705 | -3 98 | |
| 07/06 | Card Purchase With Pin 07/03 Target T- 4400 N Sta Coral Springs FL Card 9705 | -38.50 | |
| 07/06 | Card Purchase           07/03 Sq •Euros Barber Lou Coral Springs FL Card 9705 | -55.00 | |
| 07/06 | Card Purchase With Pin 07/03 7-Eleven Coral Springs FL Card 9705 | -2.66 | |
| 07/06 | Card Purchase With Pin 07/03 Goodlife Hillsboro Deerfield Bea FL Card 9705 | ▮▮▮▮▮ | |
| 07/06 | Card Purchase With Pin 07/03 Shell Service Statio Palm Beach GA FL Card 9705 | -3.98 | |
| 07/06 | Card Purchase With Pin 07/04 Shell Service Statio Palm Beach GA FL Card 9705 | -40.11 | |
| 07/06 | Card Purchase With Pin 07/05 Shell Service Statio Palm Beach GA FL Card 9705 | -6.64 | |
| 07/07 | Recurring Card Purchase 07/06 Apple.Com/Bill 866-712-7753 CA Card 9705 | -0.99 | |
| 07/09 | ATM Cash Deposit           07/09 2500 Pga Blvd Palm Beach GA FL Card 9705 | **280.00** | 2 |
| 07/09 | Card Purchase With Pin  07/09 Shell Service Statio Palm Beach GA FL Card 9705 | -39 59 | 2 |
| 07/09 | Card Purchase With Pin  07/09 Shell Service Statio Palm Beach GA FL Card 9705 | -54.61 | |
| 07/12 | ATM Check Deposit           07/11 4470 Northlake Blvd Palm Beach GA FL Card 9705 | **722.02** | 9 |
| 07/12 | Card Purchase           07/10 Ebay0•08-07319-40670 San Jose CA Card 9705 | -6866 | 8 |
| 07/12 | Card Purchase           07/10 Thorton Chip Tuning Thortonchiptu GA Card 9705 | -89.95 | 7 |
| 07/12 | Card Purchase           07/10 Vapes And Tobacco Palm Beach GA FL Card 9705 | 2600 | 7 |
| 07/12 | Card Purchase With Pin 07/11 Advance Au1o PA Palm Beach GA FL Card 9705 | -17 11 | 7 |

Vape Store Sells Kratom

Vape Store Sells Kratom

Vape Store Sells Kratom

# CHASE O

## !TRANSACTION DETAILj___oon r; nuoo__

| DATE | DESCRIPTION | AMOUNT | BAJ |
|------|-------------|--------|-----|
| 07/12 | Gard Purchase With Pin  07/11 Shell Service Static> Palm Beach GA FL Card 9705 | -24.17 | 6 |
| 07/12 | Gard Purchase With Pin  07/11 The l-lome Depot #0220 Lake Park FL Card 9705 | -15.99 | 6 |
| 07/12 | Card Purchase With Pin  07/11 Advance Auto PA Lake Park FL Card 9705 | -17.11 | 6 |
| 07/12 | Gard Purchase With Pin  07/11 Chevron/#322 Northla Palm Beach GA FL caro970!:5 | -4.18 | 6 |
| 07/12 | ATM Withdrawal          07/11 4470 Northlake Blvd Palm Beach GA Gard 9705 | -100.00 | 5 |
| 07/12 | Gard Purchase With Pin  07/12 Shell Service Static> Palm Beach GA FL Card 9705 | -37.45 | 5 |
| 07/12 | Card Purchase With Pin  07/12  Racetrac241O Lake Park FL Card 9705 | -20.19 | 4 |
| 07113 | Card Purchase          07/12 Amzn Mktp US"292T36D Amzn.Com/Bill WA Card 9705 | -27.81 | 4. |
| 07/13 | Card Purchase          07/12 LA Fitness Pbg Donal Palm Beach GA FL Card 9705 | -88.92 | 3 |
| 07/13 | Card Purchase          07/13 Reflective Concepts 866-9'22-6671 NY Card 9705 | -95.00 | 2 |
| 07/13 | Card Purchase With Pin  07/13 Good Clean Vapes Lake Lake Park FL Card 9705 | -21.39 | 2 |
| 07/14 | ATM Check Deposit       07/14 5220 Donald Ross Rd Palm Beach GA FL Card 9705 | 1,000.00 | 1,2 |
| 07/14 | Gard Purchase          07/13 Shell Oil 1000865100 Palm Beach GA FL Card 9705 | -████ | 1,2 |
| 07/14 | Card Purchase          07/14 Paypal *Reubenrodge 402-935-TT33 CA Card 9705 | -56.99 | 1,1 |
| 07/14 | Acorns Invest    Transfer  K11Rzr      Web ID: 9000142693 | -7.00 | 1,1 |
| 07/15 | Card Purchase          07/14 Chevron 0306259 North Palm Be FL Card 9705 | -7.24 | 1,1 |
| 07/15 | Card Purchase          07/15 Ebay 0•23-07339-17426 408-3766151 CA Card 9705 | -65.26 | 1,0 |
| 07/15 | Card Purchase With Pin  07/15 Shell Service Static> Palm Beach GA FL Card 9705 | -37.45 | 1,0 |
| 07/16 | Card Purchase          07/15 Reflective Concepts 866-922-6671 NY Card 9705 | -35.00 | 9 |
| 07/16 | Card Purchase          07/16 Amzn Mktp US*2E81z1Z Amzn.Com/Bill WA Card9705 | -25.47 | 9 |
| 07/16 | Card Purchase With Pin  07/15 Chevron/Sunshine #50 North Palm Be FL Card 9705 | -2.02 | 9 |
| 07/16 | Card Purchase With Pin  07/16 Shell Service Static> Palm Beach GA FL Card 9705 | -37.45 | 9 |
| 07/16 | Card Purchase With Pin  07/16 Good Clean Vapes Lake Lake Park FL Card 9705 | -48.13 | 8 |
| 07/19 | Zelle Payment From Victoria E  Allen 12203340672 | 300.00 | 1,1 |
| 07/19 | Card Purchase          07116 Progressive *Insuranc 800-TT6-4737 OH Card 9705 | -99.40 | 1,0 |
| 07/19 | Card Purchase          07/16 Amzn Mktp US*2E4Xg03 Amzn.Com/Bill WA Card 9705 | -41.72 | 1,0 |
| 07/19 | Card Purchase          07/16 Amzn Mktp US*2E88Y9M Amzn.Com/Bill WA Card 9705 | -54.56 | 9 |
| 07/19 | Card Purchase          07116 Reflective Concepts 866-922-6671 NY Card 9705 | -95.00 | 8 |
| 07/19 | Card Purchase          07117 Wu Santander Cnsmr US 888-222-4227 TX Card 9705 | -471.90 | 4 |
| 07/19 | Card Purchase          07/17 Amzn Mktp US*2E1M35F Amzn.Com/Bill WA Card 9705 | -13.89 | 4 |
| 07/19 | Card Purchase With Pin  07/16 ?-Eleven Lake Park FL Card 9705 | -4.78 | 4 |

Vape Store Sells Kratom

NOT A CERTIFIED COPY

# CHASE O

June 19, 2021 through July 21, 2021

Account Number. ███████████

## !TRANSACTION DETAIL j < co n, inu ed

| DATE | DESCRIPTION | AMOUNT | BAI |
|------|-------------|--------|-----|
| 07/19 | Card Purchase With Pin  07/17  The Home Depot #0220 Lake Park FL Card 9705 | -7.46 | 3 |
| 07/19 | Card Purchase With Pin  07/17  Advance Auto PA Palm Beach GA FL Card 9705 | -12.83 | 3 |
| 07/19 | Card Purchase With Pin  07/17  Sunoco 08462657 Palm Beach GA FL Card Q70S | -43.08 | 3 |
| 07/19 | Card Purchase With Pin  07/17  Singer Island G Riviera Beach FL Card 9705 | -3 16 | 3 |
| 07/19 | Card Purchase With Pin  07118 Sunoco 08462657 Palm Beach GA FL Card 9705 | -35.30 | 3 |
| 07/19 | Card Purchase With Pin  07119 Sunoco 08462657 Palm Beach GA FL Card 9705 | -35.30 | 2 |
| 07/19 | Card Purchase With Pin  07/19 The Home Depot #0220 Lake Park FL Card 9705 | -20.90 | 2 |
| 07/19 | Card Purchase With Pin  07/19 The Home Depot #0220 Lake Park FL Card 9705 | | 2 |
| 07/19 | Card Purchase With Pin  07/19 The Home Depot #0220 Lake Park FL Card 9705 | -2.35 | 2 |
| 07/19 | Card Purchase With Pin  07/19 Racetrac2410 Lake Park FL Card 9705 | -33 98 | 2 |
| 07/20 | Recurring Card Purchase 07/19 Cricket Wireless 855-246-2461 FL Card 9705 | -88.00 | |
| 07120 | Card Purchase          07/19 Wash and Wax Depot N Palm Beach FL Card 9705 | -25.23 | |
| 07/20 | Acorns Invest    Transfer  6Pyg3S        Web ID: ███████ | -8.77 | |
| 07/20 | Card Purchase With Pin  07/20 Shell Service Statio Palm Beach GA FL Card 9705 | -27 65 | |
| 07/21 | Card Purchase          07/20 Goodlife Hillsboro Deerfield Bea FL Card 9705 | -42.79 | |
| 07/21 | Card Purchase          07/20 Jonathan Dickinson St P Hobe Sound FL Card 9705 | -6.00 | |
| 07/21 | Recurring Card Purchase 07/21 LA Fitness 949-255-7200 CA Card 9705 | -42.79 | |
| 07/21 | Acorns Invest    Transfer  Qxsq4S        Web ID: ███████ | -7.21 | |
| 07/21 | Insufficient Funds Fee For A $42 79 Recurring Card Purchase - Details: 0721LA Fitness 949-255-7200 CA    0###-#########9705 00 | -34 00 | |
| 07/21 | Insufficient Funds Fee For A $7 21 Item - Details: Acorns Invest    Transfer  Qxsq4S        Web ID: 9000142693 | -34.00 | -1 |
| | **Ending Balance** | -$1 | |

> Vape Store Sells Kratom

A Monthly Service Fee was not charged to your Chase Total Checking account.  Here are the three ways you can ave this fee during any statement period

- **Have** electronic **deposits made** into **this** account totaling **$500.00** or more, **such as payments** from payroll providers or government benefit providers, by using (I) the ACH network, (II) the Real Time Payment netw or (III) third party eervices that facllltate payments to your debit card using the Visa or Mastercard networ (Your total electronic deposits this period were S1,06400. Note. some deposits may be listed on your previous statement)

- QB, keep a balance at the beginning of each day of $1,500.00 or more In this account. (Your balance at the beginning of each day was -S149.99)

- QB, keep an average beginning day balance of $5,000.00 or more In qualifying linked deposits and Investments. (Your average beginning day balance of qualifying linked deposits and investments was $280 95)

# CHASE O

July 22, 2021 through August 19, 2021

Account Number: ▮▮▮▮▮▮▮▮

## !TRANSACTION DETAIL!....:<_oont_in_ued.....:. --------------

| DATE | DESCRIPTION | AMOINT | BALANCE |
|---|---|---|---|
| 07/26 | CardPurchase *Wrth* Pin   07/26 Shell Service Statio  Palm Beach GA  FL  Card 9705 | -26.87 | 246.94 |
| 07/26 | CardPurchase With Pin  07/26 The Home Depot #0220 Lake Park FL Card 9705 | -13.87 | 233.07 |
| 07/26 | Card Purchase *Wrth* Pn   07/26 Gooclife Hillsboro Deerfiek:IBea  Fl  Card 9705 | | |
| 07/26 | Card Purdlase  *With* Pin  07/26 7-Eteven  Riviera  Beach FL Card 9705 | -15.45 | 120.27 |
| 07/27 | Card Purchase Return   07/27 Ebay 0*16-07387-94799 408-3766151 CA Card 9705 | **49.20** | 169.47 |
| 07/27 | Card Purchase    07/26 Ebay 0*16-07387-94799  408-3766151 CA Card 9705 | -49.20 | 120.27 |
| 0712.7 | Card Purchase With Pin  07/27 Shell Service Statio Palm Beach GA FL Card 9705 | -21.40 | 98.87 |
| 07/28 | Card Purchase   07/2.6 Pro Vapor Pompano Beach FL Card 9705 | -49.18 | 49.69 |
| 07/28 | Subscription    Acorns  '29WW92   Woo ID: 9000142694 | | 46.69 |
| 07/28 | Card Purchase *Wrth* Pin   07/28 Aacetrac2410  lake Park FL  Card 9705 | -28.ro | 18.59 |
| 07.2.8 | Card Purchase With Pin  07/28 Shell Service Stati:>Palm Beach GA FL Card 9705 | -12.58 | 5.81 |
| 0712.9 | Zelle Payment From VICl:oria E  Allen 12270387806 | **200.00** | 205.81 |
| 07/29 | Card Purchase With Pin  07/29Sunoco 08462657 Palm Beach GA FL Card 9705 | -41.48 | 164.33 |
| *011ro* | Recurmg Card Purchase *0712:9* Apple.Com/Bih 866-712-7753 CA Card 9705 | -11.06 | 153.27 |
| 07/';:JJ | Card Purchase    07/29 Marathon Petro 148882 West Palm  Bea FL Card 9705 | -11.76 | 141.51 |
| 07/';:JJ | Card Purchase    07129 Ebay0*21-07401-15236  408-3766151 CA Card 9705 | -12.83 | 128.68 |
| *011ro* | Card Purchase    07/ro Ebay0*16-07402-39993  408-3766151 CA Card 9705 | -14.97 | 113.71 |
| *011ro* | Card Purchase    07/2..9 Onsvend"Cv **Miami Miami** FL Card 9705 | -2.35 | 111.36 |
| *011ro* | Card Purchase    07/2..9 Cmsvend*Cv **Miami Miami** FL Card 9705 | -2.35 | 109.01 |
| *011ro* | Card Purchase With Pin  07/ro Sunoco 08462657 Palm Beach GA FL Card 9705 | -43.08 | 65.93 |
| 07/';:JJ | Card Purchase With Pin  07/';:JJ Sl.nooo 08462657 Palm Beach GA FL Card 9705 | -4.52 | 61.41 |
| 08/02 | Zelle Payment From Victoria E Allen l2ro0183260 | **100.00** | 161.41 |
| 08/02 | Card Purchase    07/ro Wawa 5214    000521 Riviera Beach FL Card 9705 | -6.72 | 154.69 |
| 08/02 | Card Purchase With Pin  07/31 Sunoco 08462657 Palm Beach GA FL Card 9705 | -27.03 | 127.66 |
| 08/02 | Card Purchase With Pin  07/31 SISIOCO 08462657 Pam 8each GA FL Card 9705 | -3.20 | 124.46 |
| 08/02 | CardPurchase With Pin  08/01 Sunoco 08462657 Palm Beach GA FL Card 9705 | -19.25 | 105.21 |
| 08/02 | .Aooms Invest   Transfer   Kdµds    Wd:JID: 9000142693 | -5.89 | 99.32 |
| 08/02 | Card Purchase With Pin  08/02 Sunoco 08462657 Palm Beach GA FL Card 9705 | -35. | 64.02 |
| 08/02 | Card Purchase With Pin  08/027-Eteven Palm Beach GA FL Card 9705 | -9.05 | 54.97 |
| 08/03 | Card Purchase With Pin  08/02 Sunoco 08462657 Pam  Beach GA FL Card 9705 | -21.81 | 33.16 |
| 08/03 | CardPurchase With Pin  08/03 Sunoco 08462657 Palm Beach GA FL Card 9705 | -21.81 | 11.35 |
| 08/05 | Zelle Payment From Victoria E Allen 12325672216 | **200.00** | 211.35 |
| 08/05 | Card Purchase    08/04 Shell Oil 1000865100 Palm Bead, GA FL Card 9705 | -9.65 | 201.70 |
| 08/05 | Card Purchase With Pin  08/05 Siiger Island G Riviera Beach FL Card 9705 | -21.39 | 180.31 |
| 08/06 | Stafftilk IV Out Sl4Pav     PPD ID: 16509'29408 | **1,402.84** | 1,583.15 |

Vape Store Sells Kratom

Vape Store Sells Kratom

NOT A CERTIFIED COPY

**EXHIBIT D**





**AXIS**
FORENSIC TOXICOLOGY

Testing Report
Web: www.axisfortox.com
Phone: (317) 759-4TOX

EXHIBIT D

| Laboratory Case Number: | 3228346 |
|---|---|

| Subject's Name: | SMITH, CHAD |
|---|---|

**Client Account:** ▬ / PBME21086

**Report To:** District 15 FL Medical Examine
ATTN: District 15 - 21086
3126 Gun Club Rd.
West Palm Beach, FL  33406

| | |
|---|---|
| **Agency Case #:** | M21-01484 |
| **Date of Death:** | 08/10/2021 |
| **Test Reason:** | Not Given |
| **Investigator:** | NOT INDICATED |
| **Date Received:** | 08/11/2021 |
| **Date Reported:** | 10/04/2021 |

**Laboratory Specimen No:** 40956959
**Container(s):** 01:GRT    Blood,ILIAC

**Date Collected:** 08/10/2021
**Test(s):** 70510    Comprehensive Drug Panel, Blood
13810    Designer Opioids Panel, Blood

**\* \* AMENDED REPORT \* \***

| Analyte Name | Qualitative Result | Quantitative Result | Reporting Limit | Reference Range | Units | Note |
|---|---|---|---|---|---|---|
| VOLATILES | Negative | | | | | |
| Methanol | Negative | | | Not Established | | |
| Ethanol | Negative | | | Not Established | | |
| Acetone | Negative | | | Not Established | | |
| Isopropanol | Negative | | | Not Established | | |
| AMPHETAMINES | Negative | | | | | |
| ANALGESICS | Negative | | | | | |
| ANESTHETICS | Negative | | | | | |
| ANTICHOLINERGICS | Negative | | | | | |
| ANTICONVULSANTS | Negative | | | | | |
| ANTIDEPRESSANTS | POSITIVE | | | | | |
| Desmethylsertraline | POSITIVE | 372 | 125 | Not Established | ng/mL | |
| Sertraline | POSITIVE | 223 | 125 | 30 - 200 | ng/mL | |
| ANTIDIABETICS | Negative | | | | | |
| ANTIFUNGALS | Negative | | | | | |
| ANTIHISTAMINES | Negative | | | | | |
| ANTIPSYCHOTICS | Negative | | | | | |
| BARBITURATES | Negative | | | | | |
| BENZODIAZEPINES | Negative | | | | | |
| CANNABINOIDS | Negative | | | | | |
| CARDIOVASCULARS | Negative | | | | | |
| DESIGNER OPIOIDS PANEL | POSITIVE | | | | | |

*NOT A CERTIFIED COPY*

**AXIS**
FORENSIC TOXICOLOGY

Web: www.axisfortox.com
Phone: (317) 759-4TOX

**Laboratory Specimen No:**        40956959                      **Continued..**

| Analyte Name | Qualitative Result | Quantitative Result | Reporting Limit | Reference Range | Units | Note |
|---|---|---|---|---|---|---|
| 4-ANPP | POSITIVE | | | | | |
| Acetylfentanyl | Negative | | | | | |
| Acrylfentanyl | Negative | | | | | |
| Betahydroxythiofentanyl | Negative | | | | | |
| Butyrylfentanyl | Negative | | | | | |

Isobutyrylfentanyl is an isomer of Butyrylfentanyl.  Current analytical methodology does not differentiate one from the other.  Although reported as Butyrylfentanyl, Isobutyrylfentanyl may also be present.  Please contact a toxicologist if assistance is needed in interpreting the reported value.

| | | | | | | |
|---|---|---|---|---|---|---|
| cis-3-Methylfentanyl | Negative | | | | | |
| Carfentanil | Negative | | | | | |
| Cyclopropylfentanyl | Negative | | | | | |
| Furanylfentanyl | Negative | | | | | |
| Methoxyacetylfentanyl | Negative | | | | | |
| Ocfentanil | Negative | | | | | |
| Parafluorobutyrylfentanyl | Negative | | | | | |

Parafluoroisobutyrylfentanyl is an isomer of Parafluorobutyrylfentanyl.  Current analytical methodology does not differentiate one from the other.  Although reported as Parafluorobutyrylfentanyl, Parafluoroisobutyrylfentanyl may also be present.  Please contact a toxicologist if assistance is needed in interpreting the reported value.

| | | | | | | |
|---|---|---|---|---|---|---|
| Tetrahydrofuranfentanyl | Negative | | | | | |
| U47700 | Negative | | | | | |
| GASTROINTESTINALS | Negative | | | | | |
| HALLUCINOGENS | Negative | | | | | |
| MISCELLANEOUS | POSITIVE | | | | | |
| Mitragynine | POSITIVE | 3349 | 5 | | ng/mL | |
| MUSCLE RELAXANTS | Negative | | | | | |
| OPIOID ANALGESICS | POSITIVE | | | | | |
| Naloxone | POSITIVE | | | | | |

Analyte is qualitatively POSITIVE, but has not been confirmed by an alternate analytical method.

| | | | | | | |
|---|---|---|---|---|---|---|
| Fentanyl | POSITIVE | 12.3 | 0.1 | 1 - 3 | ng/mL | |

**AXIS**

FORENSIC TOXICOLOGY

**Testing Report**
Web: www.axisfortox.com
Phone: (317) 759-4TOX

**Laboratory Specimen No:**      40956959                    **Continued..**

| Analyte Name | Qualitative Result | Quantitative Result | Reporting Limit | Reference Range | Units | Note |
|---|---|---|---|---|---|---|
| Norfentanyl | POSITIVE | 2.0 | 0.1 | | ng/mL | |
| SEDATIVE/HYPNOTICS | Negative | | | | | |
| STIMULANTS | POSITIVE | | | | | |
| Caffeine | POSITIVE | | | | | |

Analyte is qualitatively POSITIVE, but has not been confirmed by an alternate analytical method.

| | | | | | | |
|---|---|---|---|---|---|---|
| Cotinine | POSITIVE | | | | | |

Analyte is qualitatively POSITIVE, but has not been confirmed by an alternate analytical method.

| | | | | | | |
|---|---|---|---|---|---|---|
| UROLOGICALS | Negative | | | | | |

Specimens will be kept for at least one year from the date of initial report.

PLEASE NOTE: This is a revised report. Previous report on 08/26/2021 did not indicate results for Anabolic Steroids on specimen 40956963.

NOT A CERTIFIED COPY

**SMITH, CHAD**
**Laboratory Case #: 3228346**
**Printed Date/Time: 10/04/2021, 08:11**                                        **Page: 3 of 10**



# AXIS
## FORENSIC TOXICOLOGY

**Testing Report**
**Web: www.axisfortox.com**
**Phone: (317) 759-4TOX**

| | | | |
|---|---|---|---|
| **Laboratory Specimen No:** | **40956961** | **Date Collected:** | 08/10/2021 |
| **Container(s):** 01:GRT | Blood,ILIAC | **Test(s):** 49900 | Not Tested |

| Analyte Name | Qualitative Result | Quantitative Result | Reporting Limit | Reference Range | Units | Note |
|---|---|---|---|---|---|---|
| <   No Testing Performed   > | | | | | | |

NOT A CERTIFIED COPY

**SMITH, CHAD**
**Laboratory Case #: 3228346**
**Printed Date/Time: 10/04/2021, 08:11**



**AXIS**
FORENSIC TOXICOLOGY

**Testing Report**
**Web: www.axisfortox.com**
**Phone: (317) 759-4TOX**

| | | | | |
|---|---|---|---|---|
| **Laboratory Specimen No:** | **40956962** | | **Date Collected:** | 08/10/2021 |
| **Container(s):** 01:BB | Blood,ILIAC | | **Test(s):** 49900 | Not Tested |

| Analyte Name | Qualitative Result | Quantitative Result | Reporting Limit | Reference Range | Units | Note |
|---|---|---|---|---|---|---|
| < No Testing Performed > | | | | | | |

NOT A CERTIFIED COPY

# AXIS
## FORENSIC TOXICOLOGY

**Testing Report**
Web: www.axisfortox.com
Phone: (317) 759-4TOX

| | | | | |
|---|---|---|---|---|
| **Laboratory Specimen No:** | **40956963** | **Date Collected:** | 08/10/2021 | |
| **Container(s):** | 01:YTT    Urine, Random | **Test(s):** | 70085 | Drugs of Abuse Panel, Urine - WPB |
| | | | 44030U | Anabolic Steroids, Urine |

| Analyte Name | Qualitative Result | Quantitative Result | Reporting Limit | Reference Range | Units | Note |
|---|---|---|---|---|---|---|
| ANABOLIC STEROIDS | POSITIVE | | | | | (1) |
| Testosterone | | 1200 | | | ng/mL | (1) |
| Synonym(s): 17beta-hydroxyandrost-4-en-3-one | | | | | | |
| Epitestosterone | | 30 | | | ng/mL | (1) |
| Synonym(s): 4-androsten-17alpha-ol-3-one | | | | | | |
| T/EpiT Ratio | | 40 | | | | (1) |
| A T/E ratio less than 4.0 is considered normal, while a ratio greater than or equal to 4.0 is considered an abnormal finding suggestive of testosterone use/abuse. This cut-off for the T/E ratio is recommended by the World Anti-Doping Agency. | | | | | | |
| Bolasterone | Negative | | | | | (1) |
| Synonym(s): 4-androsten-7alpha,17alpha-dimethyl-17beta-ol-3-one | | | | | | |
| Boldenone | POSITIVE | | | | | (1) |
| Synonym(s): 1-dehydrotestosterone | | | | | | |
| Clostebol | Negative | | | | | (1) |
| Synonym(s): 4-androsten-4-chloro-17beta-ol-3-one | | | | | | |
| Clostebol Metabolite | Negative | | | | | (1) |
| Synonym(s): 4-chloro-4-androsten-3alpha-ol-17-one | | | | | | |
| Clenbuterol | Negative | | | | | (1) |
| Synonym(s): Planipart® | | | | | | |
| Norethandrolone | Negative | | | | | (1) |
| Synonym(s): 17-hydroxy-19-norpregn-4-en-3-one | | | | | | |
| Fluoxymesterone | Negative | | | | | (1) |
| Synonym(s): 9alpha-fluoro-11beta,17beta-dihydroxy-17alpha-methylandrost-4-en-3-one | | | | | | |
| Methandrostenolone | Negative | | | | | (1) |
| Synonym(s): 17-hydroxy-17-methylandrosta-1,4-dien-3-one; Methandienone | | | | | | |
| Methandrostenolone Metabolite | Negative | | | | | (1) |
| Synonym(s): Methandienone Metabolite; 6beta-hydroxymethandienone | | | | | | |
| Methenolone | Negative | | | | | (1) |
| Synonym(s): (5alpha,17beta)-17-hydroxy-1-methylandrost-1-en-3-one | | | | | | |
| Methyltestosterone | Negative | | | | | (1) |

NOT A CERTIFIED COPY



**AXIS**
FORENSIC TOXICOLOGY

**Testing Report**
Web: www.axisfortox.com
Phone: (317) 759-4TOX

**Laboratory Specimen No:**       40956963                    **Continued..**

| Analyte Name | Qualitative Result | Quantitative Result | Reporting Limit | Reference Range | Units | Note |
|---|---|---|---|---|---|---|
| Synonym(s): 17beta-hydroxy-17alpha-methylandrost-4-en-3-one | | | | | | |
| Nandrolone | Negative | | | | | (1) |
| Synonym(s): 17beta-hydroxy-19-norandrost-4-en-3-one | | | | | | |
| Nandrolone Metabolite | Negative | | | | | (1) |
| Synonym(s): 5alpha-estran-3alpha-ol-17-one; norandrosterone | | | | | | |
| Norandrostenedione | Negative | | | | | (1) |
| Synonym(s): 4-estren-3,17-dione | | | | | | |
| Norethandrolone Metabolite | Negative | | | | | (1) |
| Synonym(s): 17alpha-ethyl-5beta-estrane-3alpha,17beta-diol | | | | | | |
| Norethindrone | Negative | | | | | (1) |
| Synonym(s): Ortho-Novum®; Camila® | | | | | | |
| Oxandrolone | Negative | | | | | (1) |
| Synonym(s): 17beta-hydroxy-17alpha-methyl-2-oxandrostan-3-one | | | | | | |
| Oxymetholone Metabolite | Negative | | | | | (1) |
| Synonym(s): 17alpha-methyl-5alpha-androstane-3alpha,17beta-diol; | | | | | | |
| Mestanolone Metabolite; Methyltestosterone Metabolite | | | | | | |
| Probenecid | Negative | | | | | (1) |
| Synonym(s): Benemid® | | | | | | |
| Stanozolol | Negative | | | | | (1) |
| Synonym(s): 17alpha-methyl-2'H-androst-2-eno[3,2-c]pyrazol-17beta-ol | | | | | | |
| Stanozolol Metabolite | Negative | | | | | (1) |
| Synonym(s): 3'-hydroxystanozolol | | | | | | |
| Turinabol | Negative | | | | | (1) |
| Synonym(s): dehydrochlormethyltestosterone | | | | | | |
| Tetrahydrogestrinone | Negative | | | | | (1) |
| Synonym(s): THG; 18alpha-homo-17-hydroxy-19-nor-17alpha-pregna-4,9,11-trien-3-one | | | | | | |
| Trenbolone Metabolite | **POSITIVE** | | | | | (1) |
| Synonym(s): 17a-trenbolone | | | | | | |
| Creatinine | | 2098 | | | mg/L | (1) |
| U.S. Population (10th-90th percentiles, median) | | | | | | |
| All Participants: 335-2370 mg/L, median 1180 (n=22,245) | | | | | | |
| Males: 495-2540 mg/L, median 1370 (n=10,610) | | | | | | |
| Females: 273-2170 mg/L, median 994 (n=11,635) | | | | | | |
| AMPHETAMINES | Negative | | | | | |

**SMITH, CHAD**
**Laboratory Case #: 3228346**
**Printed Date/Time: 10/04/2021, 08:11**

NOT A CERTIFIED COPY



**AXIS**
FORENSIC TOXICOLOGY

**Testing Report**
Web: www.axisfortox.com
Phone: (317) 759-4TOX

**Laboratory Specimen No:**      40956963                    **Continued..**

| Analyte Name | Qualitative Result | Quantitative Result | Reporting Limit | Reference Range | Units | Note |
|---|---|---|---|---|---|---|
| Amphetamine | Negative | | | | | |
| Methamphetamine | Negative | | | | | |
| MDMA | Negative | | | | | |
| BARBITURATES | Negative | | | | | |
| Amobarbital | Negative | | | | | |
| Butalbital | Negative | | | | | |
| Butabarbital | Negative | | | | | |
| Phenobarbital | Negative | | | | | |
| Pentobarbital | Negative | | | | | |
| Secobarbital | Negative | | | | | |
| BENZODIAZEPINES | Negative | | | | | |
| 7-Aminoclonazepam | Negative | | | | | |
| Alprazolam | Negative | | | | | |
| a-OH-Alprazolam | Negative | | | | | |
| Lorazepam | Negative | | | | | |
| Nordiazepam | Negative | | | | | |
| Oxazepam | Negative | | | | | |
| Temazepam | Negative | | | | | |
| CANNABINOIDS | Negative | | | | | |
| THC-COOH | Negative | | | | | |
| HALLUCINOGENS | Negative | | | | | |
| Phencyclidine (PCP) | Negative | | | | | |
| MUSCLE RELAXANTS | Negative | | | | | |
| Meprobamate | Negative | | | | | |
| OPIOID ANALGESICS | POSITIVE | | | | | |
| 6-Monoacetylmorphine | Negative | | | | | |
| Buprenorphine | Negative | | | | | |
| Codeine | Negative | | | | | |
| EDDP | Negative | | | | | |
| Fentanyl | POSITIVE | | | | | |
| Hydromorphone | Negative | | | | | |
| Hydrocodone | Negative | | | | | |
| Methadone | Negative | | | | | |
| Morphine | Negative | | | | | |
| Norfentanyl | POSITIVE | | | | | |

**SMITH, CHAD**
**Laboratory Case #: 3228346**
**Printed Date/Time: 10/04/2021, 08:11**

NOT A CERTIFIED COPY

# AXIS
## FORENSIC TOXICOLOGY

**Testing Report**
**Web: www.axisfortox.com**
**Phone: (317) 759-4TOX**

**Laboratory Specimen No:**      **40956963**           **Continued..**

| Analyte Name | Qualitative Result | Quantitative Result | Reporting Limit | Reference Range | Units | Note |
|---|---|---|---|---|---|---|
| Norbuprenorphine | Negative | | | | | |
| O-Desmethyltramadol | Negative | | | | | |
| Oxycodone | Negative | | | | | |
| Oxymorphone | Negative | | | | | |
| Tramadol | POSITIVE | | | | | |
| STIMULANTS | Negative | | | | | |
| Benzoylecgonine | Negative | | | | | |

Performing Location(s):

(1)   National Medical Services
      200 Welsh Road, Horsham, PA. 19044-2208
      Medical Director: Robert A. Middleberg, PhD

NOT A CERTIFIED COPY

**SMITH, CHAD**
**Laboratory Case #: 3228346**
**Printed Date/Time: 10/04/2021, 08:11**

# AXIS
## FORENSIC TOXICOLOGY

**Testing Report**

Web: www.axisfortox.com
Phone: (317) 759-4TOX

| | | |
|---|---|---|
| **Laboratory Specimen No:** | **40956966** | |
| **Container(s):** 01:CTT     Vitreous,EYE | | |

**Date Collected:** 08/10/2021
**Test(s):** 32400     Electrolyte Panel, Vitreous

| Analyte Name | Qualitative Result | Quantitative Result | Reporting Limit | Reference Range | Units | Note |
|---|---|---|---|---|---|---|
| Sodium | | 146 | | | MMOL/L | (1) |
| Potassium | | 9.2 | | | MMOL/L | (1) |
| Chloride | | 125 | | | MMOL/L | (1) |
| Glucose | | <2 | | | mg/dL | (1) |
| Urea Nitrogen | | 12 | | | mg/dL | (1) |
| Creatinine | | <0.2 | | | mg/dL | (1) |

Performing Location(s):

(1)   LabCorp Dublin
6370 Wilcox Road , Dublin, OH  43016-1269
Medical Director: Vincent Ricchiuti, PhD

The Specimen identified by the Laboratory Specimen Number has been handled and analyzed in accordance with all applicable requirements.

**Laboratory Director**

**George S. Behonick, Ph.D., F-ABFT**

**SMITH, CHAD**
**Laboratory Case #:3228346**
**Print Date/Time:10/04/2021, 08:11**
**Page: 10 of 10**

**Case Reviewer**

*George S. Behonick*

This individual may not have performed any of the analytical work.

Filing # 181792862 E-Filed 09/14/2023 10:19:00 AM

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION: "AK"
CASE NO.: 50-2023-CA-011704-XXXX-MB
NATALIE SMITH,
      Plaintiff/Petitioner
vs.
MARTIAN SALES INC,
      Defendant/Respondent.

_____/

### ORDER IMPLEMENTING CIVIL DIFFERENTIATED CASE MANAGEMENT PLAN
### AND DESIGNATION OF THIS CASE TO THE GENERAL TRACK
### (DCMOI)

      **THIS MATTER** came before the Court *sua sponte* on case management review pursuant to Rule 2.545, Fla. R. Jud. Admin., Rule 1.200, and Administrative Order 3.110. This Order is being issued in order to comply with Supreme Court Admin. Order AOSC 20-23, amendment 10 and Administrative Order 3.110. An Order Setting Jury Trial and Pretrial and Mediation Procedures was entered. Therefore, it is

      **ORDERED AND ADJUDGED** that this case is designated to the **GENERAL TRACK** for time to disposition. There is a demand for Jury Trial and this case will be resolved within eighteen (18) months from the date the Original Complaint was filed. The Order Setting Trial and Directing Pretrial and Mediation Procedures previously issued, outlines the necessary differentiated case management deadlines. All deadlines and conditions in the Order Setting Trial and Directing Pretrial and Mediation Procedures will remain in full force and effect and will be strictly enforced. The Court finds any deadlines not discussed in the trial order but are mandated by Administrative Order 3.110 are deemed moot because the Court finds the case is at issue or a Notice for Trial was filed.

      **DONE AND ORDERED** in Chambers, at West Palm Beach, Palm Beach County, Florida.

50-2023-CA-011704-XXXX-MB   09/14/2023
Richard L. Oftedal   Senior Judge

50-2023-CA-011704-XXXX-MB   09/14/2023
Richard L. Oftedal
Senior Judge

**COPIES TO:**

**Plaintiff/Petitioner is directed to serve this Order upon each Defendant/Respondent forthwith.**

*** FILED: PALM BEACH COUNTY, FL  JOSEPH ABRUZZO, CLERK. 09/14/2023 10:19:00 AM ***

Filing # 182812072 E-Filed 09/28/2023 01:17:51 PM

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT, IN AND
FOR PALM BEACH COUNTY, FLORIDA

CASE NO. 50-2023CA011704XXXMB

NATALIE SMITH, as Personal
Representative of the ESTATE OF
CHAD SMITH, on behalf of the
Estate and his Survivors,

Plaintiff,

v.

MARTIAN SALES, INC.,

Defendant.

_____

### DEFENDANT'S MOTION TO SET ASIDE CLERK'S DEFAULT

Defendant, Martian Sales, Inc. ("Martian Sales") moves pursuant to Rule 1.500(d) of the

Florida Rules of Civil Procedure to vacate and set aside the Clerk's Default entered on August

11, 2023.  In support of this motion, Martian Sales states:

### BACKGROUND

1.      On July 5, 2023, Plaintiff filed a *pro se* Complaint against Martian Sales.

2.      On July 28, 2023, Plaintiff filed a return of service.

3.      On August 11, 2023, the Clerk of Court filed a Clerk's Entry of Default as to

Martian Sales.

4.      Plaintiff, through counsel, filed an Amended Complaint on August 30, 2023, and

indicated in the filing that Plaintiff served the amended complaint on Martial Sales via first class

mail.

5.      Counsel for Plaintiff granted Martian Sales an extension of the deadline to respond to the Amended Complaint, through and including October 10, 2023. (Ex. A.)

## ARGUMENT

6.      Under Florida law, the filing of an amended complaint immediately moots a default, including a default judgment. *See Isle of Sandalfoot Contractors, Inc. v. Jess Leisch-Gen. Contractors, Inc*., 426 So. 2d 1223, 1224 (Fla. 4th DCA 1983) (holding that a default judgment was mooted when Plaintiff filed an amended complaint). The same holds true in federal cases in Florida. *See Barbuto v. Miami Herald Media Co.*, No. 21-cv-20608, 2022 WL 2237164 at *2 (S.D. Fla. June 2, 2022) ("[F]ederal district courts in this circuit have concluded that the filing of an amended pleading moots the entry of default based on a previous pleading… The Court finds these cases to be persuasive in supporting the conclusion that the default… which pertained to the First Amended Complaint, is no longer valid, and that the Motion therefore must be denied as moot."); *Phoenix Entertainment Partners, LLC v. Jellyfish, LLC*, No. 3:17-cv-929, 2018 WL 10517181 at *1 (N.D. Fla. April 12, 2018) ("federal district courts have consistently concluded that the filing of an amended complaint moots a previous entry of default and/or motion for default judgment."); *Montgomery Bank, N.A. v. Alico Rd. Bus. Park, LP*, No. 2:13-CV-802-FTM-29CM, 2014 WL 757994, at *2 (M.D. Fla. Feb. 26, 2014) ("The filing of an amended complaint similarly cures a party's default as to the superseded original complaint."). That is because "an amended complaint supersedes the original complaint." *Fritz v. Standard Sec. Life Ins. Co. of New York*, 676 F.2d 1356, 1358 (11th Cir. 1982).

7.      Plaintiff filed an Amended Complaint after the clerk granted Clerk's Default, and Martian Sales is within the timeframe to answer the Amended Complaint. The Clerk's Default is therefore moot, and must be vacated and set aside.

Case No. 05-756-CI-20

WHEREFORE, Martian Sales, Inc. respectfully requests that this Court vacate the Default entered by the Clerk.

DATED:  September 28, 2023,                    Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: jason.joffe@squirepb.com

*Counsel for Defendant Martian Sales, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 28, 2023, a true and correct copy of the foregoing document was filed with the Clerk of the Court by using the Florida E-Filing Portal, which will send a copy of the Notice of Electronic Filing to all counsel of record.

/s/ *Jason Daniel Joffe*
Jason Daniel Joffe

WPB_1998 464222v2                                                                 1097510032\2\AMERICAS

# EXHIBIT A

**From:** John Clarke <john@clarkelawpa.com>
**Sent:** Wednesday, September 20, 2023 2:42 PM
**To:** Daniel Delnero <daniel.delnero@bgdlc.com>
**Subject:** Re: Smith v. Martian Sales

Good Afternoon, Daniel,

    Welcome to the case.  I agree to give your client 20 days' extension to respond to the complaint (meaning a certain deadline of October 10, 2023).

Best Regards
John
**Clarke Law PA**
*Committed to Excellence*
1975 East Sunrise BL., Suite 626
Fort Lauderdale, FL 33304
**(305) 467-5560**
**Clarkelawpa.com**
**John@clarkelawpa.com**


-----------------------------------------------------------------

This email may contain PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this email, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify the sender above by e-mail or phone call as soon as possible. Please also delete this wrongfully intended email from your system immediately.


On Wed, Sep 20, 2023 at 12:16 PM Daniel Delnero <daniel.delnero@bgdlc.com> wrote:

Good afternoon, John. I represent Martian Sales, and recently received a copy of the attached complaint. I am reaching out to you to see if we may obtain a 30-day extension of the deadline to respond to the complaint, through and including 10/30/2023 to allow me time to evaluate the case and secure local counsel.


Best

1

Daniel

**Daniel L. Delnero**

Partner

BGD Legal & Consulting LLC

3017 Bolling Way

Ste 130

Atlanta, GA 30305

Daniel.Delnero@bgdlc.com