UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO. 9:23-CV-81329-MIDDLEBROOKS/MATTHEWMAN

NATALIE SMITH, as Personal
Representative of the ESTATE OF
CHAD SMITH, on behalf of the
Estate and his Survivors,

    Plaintiff,

vs.

MARTIAN SALES, INC.,

    Defendant.

_____/

DEFENDANT'S RULE 7.1 CORPORATE
DISCLOSURE STATEMENT AND
CERTIFICATE OF INTERESTED
PARTIES

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Defendant Martian Sales, Inc., and hereby discloses the following pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Defendant Martian Sales, Inc. respectfully submits the following list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case:

1. Plaintiff, Natalie Smith

2. Defendant Martian Sales, Inc.

3. Counsel for all parties involved in this litigation.

Further pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Martian Sales, Inc., certifies that Martian Sales, Inc. has no parent corporation and no publicly-held corporation owns 10% or more of its stock. These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: October 5, 2023.                Respectfully submitted,

                                                SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
Amanda Elizabeth Preston
Florida Bar No. 123652
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: jason.joffe@squirepb.com
Email: Amanda.preston@squirepb.com

*Counsel for Defendant Martian Sales Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 5, 2023, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ *Jason Daniel Joffe*
Jason Daniel Joffe