UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO. 9:23-CV-81329-MIDDLEBROOKS/MATTHEWMAN

NATALIE SMITH, as Personal
Representative of the ESTATE OF
CHAD SMITH, on behalf of the
Estate and his Survivors,

    Plaintiff,

vs.

MARTIAN SALES, INC.,

    Defendant.
_____/

NOTICE OF CONSENT TO
PLAINTIFF'S MOTION TO REMAND

## NOTICE OF CONSENT

**COMES NOW** Defendant Martian Sales, Inc. ("Martian Sales")[1] and Plaintiff Natalie Smith, Representative of the Estate of Chad Smith ("Plaintiff"), and hereby jointly submit a Notice of Consent to Plaintiff's Motion to Remand. The Parties state as follows:

On September 28, 2023, Martian Sales filed a Notice of Removal, removing this action on the basis of diversity from the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida. *See* Dkt. 1.

On October 9, 2023, Plaintiff filed a Motion to Remand the case back to the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida. *See* Dkt. 7.

Defendant Martian Sales and Plaintiff have agreed to remand the instant action back to the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida. Martian

---

[1] Nothing in this Notice is intended to waive Martian Sales's right to challenge this Court's, or the Florida State Court's ability to exercise personal jurisdiction over it, as set forth in its Motion to Dismiss. *See* Dkt. 5.

Sales will not challenge Plaintiff's Motion to Remand, and hereby submits and agrees to remand the action.

The Parties therefore request that this Court consider the agreement of the Parties, and hereby remand the instant case to Florida State Court, in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida. *See Danilla v. ATM Maint. Servs., Inc.*, No. 8:16-CV-2671-T-33JSS, 2016 WL 6433004, at *1 (M.D. Fla. Oct. 31, 2016) (finding remand of action appropriate upon joint consent of the parties); *21st Century Orchids, LLC v. Pakglobal, LLC*, No. 6:21-CV-849-GAP-LRH, 2021 WL 2383491, at *1 (M.D. Fla. June 9, 2021) (same). The parties have amicably resolved the issue of remand, and there is no objection by the Defendant or the Plaintiff to the matter being remanded to State Court. Defendant has agreed and stipulates to pay Plaintiff a fixed amount (separately agreed to by the parties) reflecting fees and costs associated with Defendant's effort to remove the matter.

DATED: October 24, 2023                    Respectfully submitted,

                                                          **Clarke Law P.A.**

                                                          By: /s/*John Clarke*
                                                          John Clarke
                                                          Florida Bar No. 118610
                                                          1975 East Sunrise Blvd. Suite 626, Fort Lauderdale Florida 33304
                                                          Telephone: (305)467-5560
                                                          Primary e-mail address: john@clarkelawpa.com
                                                          Secondary e-mail address: clarkelaweservice@gmail.com
                                                          *Counsel for Plaintiff Natalie Smith*

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
Amanda Preston
Florida Bar No. 123652
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: jason.joffe@squirepb.com
Email: amanda.preston@squirepb.com

*Counsel for Defendant Martian Sales, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 24, 2023, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

*/s/ Jason Daniel Joffe*
Jason Daniel Joffe