## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO: 23-81329-CV-MIDDLEBROOKS

NATALIE SMITH, *as Personal Representative of the ESTATE OF CHAD SMITH, on behalf of the Estate and his Survivors*,

    Plaintiff,

v.

MARTIAN SALES, Inc.

    Defendant.

_____/

## ORDER GRANTING UNOPPOSED MOTION TO REMAND

THIS CAUSE comes before the Court upon Plaintiff's First Motion to Remand to State Court (DE 7), filed on October 9, 2023. On October 24, 2023, the Defendant filed a Notice informing the Court that both Parties agree to remand the case to state court. (DE 10). Therefore, because the Motion is unopposed, I will grant it. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Plaintiff's Unopposed Motion for Remand (DE 7) is **GRANTED**.

(2) This case shall be remanded back to the Fifteenth Judicial District in and for Palm Beach County, Florida.

(3) The Clerk of Court **SHALL CLOSE** this case.

(4) All pending motions are denied as **MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 25th day of October, 2023.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record